| United States Bankruptcy Court<br>District of Wyoming | Document   Page 1 of 60 | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Western Biomass Energy LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **46-0457197** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**131 Buffalo Creek Road**<br>**Upton, WY**          ZIP CODE **82730** | Street Address of Joint Debtor (No. & Street, City, and State):          ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Weston** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**525 University Loop, #111**<br>**Rapid City, SD**          ZIP CODE **57701** | Mailing Address of Joint Debtor (if different from street address):          ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):          ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13      ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."      ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Western Biomass Energy LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  X  **Not Applicable** _____  Signature of Attorney for Debtor(s)            Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Western Biomass Energy LLC** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**Signature(s) of Debtor(s) (Individual/Joint):**

X  Not Applicable
_____
Signature of Debtor

X  Not Applicable
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative:**

X  Not Applicable
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney:**

X  /s/ Stephen R. Winship
_____
Signature of Attorney for Debtor(s)

**Stephen R. Winship  Bar No.  5-2093**
_____
Printed Name of Attorney for Debtor(s) / Bar No.

**Winship & Winship, PC**
_____
Firm Name

**PO Box 548 Casper, WY 82602**
_____
Address

**307-234-8991              307-234-1116**
_____
Telephone Number

**10/31/2012**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer:**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X  Not Applicable
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **s/ Thomas Bolan**
_____
Signature of Authorized Individual

**Thomas Bolan**
_____
Printed Name of Authorized Individual

**Manager**
_____
Title of Authorized Individual

**10/31/2012**
_____
Date

## WESTERN BIOMASS ENERGY, LLC
### MEMBER WRITTEN CONSENT
### SEPTEMBER 25, 2012

Pursuant to the Operating Agreement of Western Biomass Energy, LLC (the "Company") dated as of November 1, 2005 (the "Operating Agreement"), the undersigned by this instrument hereby adopts the following written resolutions in lieu of a meeting of members.

We, the undersigned, being a quorum of the Managers of WESTERN BIOMASS ENERGY, LLC, declare under penalty of perjury that on September 25, 2012 the following resolution was duly adopted by the Board of Managers of this Company:

**WHEREAS**, Section 2.09 of the Operating Agreement provides that any action required or permitted to be taken at a meeting of the members may be taken without a meeting by written action signed by all of the members entitled to vote on that action.

**WHEREAS**, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

**BE IT THEREFORE RESOLVED**, that Thomas Bolan, Manager of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company; and

**BE IT THEREFORE RESOLVED**, that Thomas Bolan, Manager of this Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

**BE IT FURTHER RESOLVED**, that Thomas Bolan, Manager of this Company, is authorized and directed to employ the law firm Winship & Winship, P.C. to represent the Company in such bankruptcy case.

**EXECUTED** this 25th day of September, 2012.

WESTERN BIOMASS ENERGY, LLC.

By: _____
Peter Gross
Manager

By: _____
Thomas Bolan
Manager

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## District of Wyoming

In re **Western Biomass Energy LLC**                                        ,   Case No. _____

Debtor                                          Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Blue Sugars Corporation**<br>**525 University Loop, #111**<br>**Rapid City, SD 57701** | | Security Agreement | | **$28,642,959.20**<br><br>**SECURED VALUE:**<br>**$2,885,146.32** |
| **Midwest Mechanical Contractors, inc**<br>**13800 Wyandotte Street**<br>**Kansas City, MO 64145** | | | **DISPUTED** | **$1,207,973.39** |
| **Midwest Renewable Energy LLC**<br>**c/o Jerrod L. Strasheim**<br>**3610 Dodge Street, #212**<br>**Omaha, NE 68131** | | | **DISPUTED** | **$1,200,000.00** |
| **Western Industrial Contractors**<br>**14805 East Moncrieff Place**<br>**Aurora, CO 80011** | | | | **$989,397.09** |
| **Miller Fabrication, LLC**<br>**Department 254**<br>**PO Box 4652**<br>**Houston, TX 77210-4652** | | | | **$145,779.53** |
| **Andritz Enviroment & Process**<br>**Dept 0312**<br>**PO Box 120312**<br>**Dallas, TX 75312-0312** | | | | **$76,508.13** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Western Biomass Energy LLC**                                    ,   Case No. _____

                          Debtor                                              Chapter   **11**  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Flottweg Separation Tech, Inc.**<br>**PO Box 635920**<br>**Cincinnati, OH 45263-5920** | | | | **$31,250.00** |
| **Snow Crest Chemicals**<br>**PO Box 50584**<br>**Billings, MT 59105** | | | | **$19.955.21** |
| **Vincent Corporation**<br>**2810 East 5th Ave**<br>**Tampa, FL 33605** | | | | **$14,162.77** |
| **Kimball Midwest**<br>**Dept.  L-2780**<br>**Columbus, OH 43260-2780** | | | | **$13,865.52** |
| **Martin Trans-Logics, Inc.**<br>**PO Box 59**<br>**3601 W Tickman Street**<br>**Sioux Falls, SD 57101** | | | | **$13,508.02** |
| **L&H Industrial, Inc.**<br>**913 L&J Court**<br>**Gillette, WY 82718** | | | | **$12,788.00** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Western Biomass Energy LLC**                                    , Case No. _____
                                    Debtor                         Chapter   **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

| | | | | |
|---|---|---|---|---|
| **Voith Meri Environmental Solutions**<br>**PO Box 1262**<br>**Appleton, WI 54912-1262** | | | | **$11,122.56** |
| **Bio Springer North America**<br>**321 de la Commune, #300**<br>**Montreal QC Canada H2Y 2E1** | | | | **$9.961.08** |
| **Midland Scientific, Inc.**<br>**PO Box 310304**<br>**Des Moines, IA 50331-0304** | | | | **$9,417.54** |
| **University of Tennessee**<br>**Institute of Agriculture**<br>**103 Morgan Hall**<br>**Knoxville, TN 37996-4506** | | | | **$8,617.00** |
| **Heinrich Frings GmbH & Co. KG**<br>**Post fach 1540**<br>**53005 Bonn**<br>**www.frings.com** | | | | **$8,287.04** |
| **Solutions Dynamics**<br>**PO Box 866**<br>**Brookfield, WI 53008** | | | | **$6,896.69** |

B4 (Official Form 4) (12/07)4 -Cont.

In re __Western Biomass Energy LLC_____ , Case No. _____

Debtor                                          Chapter   __11_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Weston County Treasurer<br>1 Main Street<br>Newcastle, WY 82701** | | | | **$6,743.32** |
| **Airgas Intermountain inc<br>PO Box 7430<br>Pasadena, CA 91109-7430** | | | | **$5.986.80** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Thomas Bolan, Manager of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __10/31/2012_____          Signature:   **s/ Thomas Bolan**_____

**Thomas Bolan ,Manager**_____
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B6A (Official Form 6A) (12/07)

In re:   **Western Biomass Energy LLC**                              Case No. _____
                                                                                                    (If known)
                     Debtor

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Commercial Building located at 131 Buffalo Creek Road Upton, Wyoming | Owner (subject to lease agreement) | | $ 391,456.62 | $31,528,105.52 |

Total  ➤  $ 391,456.62

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **Western Biomass Energy LLC** _____,   Case No. _____
                          Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | | **0.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Bank**<br>**825 St Joseph Street**<br>**Rapid City, SD 57701**<br><br>**Business Checking** | | **4,685.27** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Western Biomass Energy LLC** _____,    Case No. _____
                     Debtor                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1986 Kenworth VIN#2NKCL59X9GM336050** | | **3,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1994 Ford PU VIN#1FTJW38G9REA11572** | | **2,900.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Chevrolet PU VIN#1GCJK39142E238193** | | **12,800.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Loama Flatbed Trailer VIN#5L8GH402281014348** **(salvage title)** | | **700.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2012 Texas Pride Flatbed Trailer VIN#1B9K2NGT3CC624921** | | **10,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **Cat Forklift** | | **7,733.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Business Machinery, Fixtures, Office Equipment, Lab Equipment and Supplies See Attachment A** | | **2,068,561.23** |
| 30. Inventory. | | **Primarily bagasse feedstock** | | **383,310.20** |
| 31. Animals. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Western Biomass Energy LLC**_____,          Case No. _____
                                Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

　　　　　　　　　　　　　　 __2__   continuation sheets attached          Total   ➤   | **$2,493,689.70** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

# ATTACHMENT A
## Equipment, Fixtures & Office Equipment

| | | |
|---|---|---:|
| Boiler | $ | 30,574.17 |
| Cooling tower | $ | 9,724.06 |
| Extruder | $ | 273,015.70 |
| Hydrolysis tanks | $ | 159,896.93 |
| Fermentation tanks | $ | 216,843.11 |
| Fermentation tanks - yeast prop | $ | 76,443.69 |
| Aqua ammonia & acid distribution | $ | 6,118.36 |
| Reactor | $ | 192,911.91 |
| Reactor discharger | $ | 15,637.06 |
| Stripper & Rectifier column | $ | 97,865.30 |
| Molecular sieve Beds | $ | 16,842.81 |
| Evaporators | $ | 44,227.44 |
| Weigh belt | $ | 5,471.73 |
| Mill | $ | 1,574.75 |
| Conveyors | $ | 10,674.97 |
| Separations Equipment | $ | 450,841.24 |
| MCC/Electrical infrastructure | $ | 311,099.72 |
| Lab Equip | $ | 70,339.91 |
| Pumps | $ | 32,627.87 |
| Scales and Load-out | $ | 7,696.48 |
| Miscellaneous | $ | 38,134.01 |
| | $ | 2,068,561.23 |

B6D (Official Form 6D) (12/07)

In re  **Western Biomass Energy LLC**_____ .    Case No. _____
                    Debtor                                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**add blue Consultoria, Ltda<br>Rua Joaquim Nabuca, 47, cjt, 81<br>San Paulo-SP CEPI4621-000<br>Brazil** | | | 10/25/2012<br>**Security Agreement<br>Secured by Commercial<br>Property, Inventory, and<br>Equipment/fixtures**<br><br>VALUE $2,885,146.32 | | | X | 40,000.00 | 0.00 |
| ACCOUNT NO.<br>**Blue Sugars Corporation<br>525 University Loop, #111<br>Rapid City, SD 57701** | | | 10/05/2012<br>**Security Agreement<br>Secured by Commercial<br>Property, Inventory, and<br>Equipment/fixtures**<br><br>VALUE $2,885,146.32 | | | | 30,144,224.26 | 28,642,959.20 |
| ACCOUNT NO.<br>**First National Bank of Omaha<br>1620 Dodge Street, Stop 1050<br>Omaha, NE 68197** | | J | **Security Agreement<br>Secured by Commercial<br>Property, Inventory, and<br>Equipment/fixtures**<br><br>VALUE $2,885,146.32 | X | | X | 156,589.18 | 0.00 |
| ACCOUNT NO.<br>**GDA Consult SA<br>147 Rue d'Eglise<br>Brussels, B-1150 Belgium** | | | 10/25/2012<br>**Security Agreement<br>Secured by Commercial<br>Property, Inventory, and<br>Equipment/fixtures**<br><br>VALUE $2,885,146.32 | | | X | 12,500.00 | 0.00 |

1    continuation sheets
     attached

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $ 30,353,313.44 | $28,642,959.20 |
| $ | $ |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **Western Biomass Energy LLC** _____ .    Case No. _____

Debtor    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Greenberg & Traurig<br>Attn Raymond Lee<br>3161 Michelson Drive, #1000<br>Irvine, CA 92612 | | | 10/25/2012<br>Security Agreement<br>Secured by Commercial Property,  Inventory, and Equipment/fixtures<br><br>VALUE $2,885,146.32 | | | X | 20,000.00 | 0.00 |
| ACCOUNT NO.  KM CS 62517<br><br>Security National Bank of Omaha<br>PO Box 31400<br>Omaha, NE 68131-0400 | X | | 05/26/2012<br>Secured by Commercial Property,  Inventory, and Equipment/fixtures<br><br>VALUE $2,885,146.32 | | | | 1,027,292.08 | 0.00 |
| ACCOUNT NO.<br><br>Signet Global Investors Limited<br>Attn Philip Boylan<br>5th Floor Beau Lane House<br>Mercer Street Lower<br>Dublin, Ireland 2 | | | 10/25/2012<br>Security Agreement<br>Secured by Commercial Property,  Inventory, and Equipment/fixtures<br><br>VALUE $2,885,146.32 | | | X | 100,000.00 | 0.00 |
| ACCOUNT NO.<br><br>TMF Trustees Singapore<br>Trustee for John Eric Buckens<br>Brumby House, Jalan Bahasa<br>Box 80148<br>Lubuan F.T., Malaysia 87011 | | | 10/25/2012<br>Security Agreement<br>Secured by Commercial Property,  Inventory, and Equipment/fixtures<br><br>VALUE $2,885,146.32 | | | X | 7,500.00 | 0.00 |
| ACCOUNT NO.<br><br>Warcoing Sucre SA<br>Rue Gachard 88/16<br>Brussels, Belgium 1050 | | | 10/25/2012<br>Security Agreement<br>Secured by Commercial Property,  Inventory, and Equipment/fixtures<br><br>VALUE $2,885,146.32 | | | X | 20,000.00 | 0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

$ 1,174,792.08 | $    0.00

Total ➤
(Use only on last page)

$ 31,528,105.52 | $8,642,959.20

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re   **Western Biomass Energy LLC**                                                    Case No. _____

_____
                        Debtor                                                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑    **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑    **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑    **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑    **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑    **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑    **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑    **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re   **Western Biomass Energy LLC**                                    , Case No. _____
                                                                                            (If known)
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Weston County Treasurer** <br>**1 Main Street** <br>**Newcastle, WY 82701** | | | **Personal property tax** | | | | **6,743.32** | **6,743.32** | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals➤ (Totals of this page) | $ **6,743.32** | $ **6,743.32** | $ **0.00** |
| Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **6,743.32** | | |
| Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **6,743.32** | $ **0.00** |

B6F (Official Form 6F) (12/07)

In re  **Western Biomass Energy LLC**_____         Case No. _____
                              Debtor                                                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐       Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **JDA**<br><br>**Abstract Logic Systems**<br>**2050 West Main Street, #7**<br>**Rapid City, SD 57702** | | | **Vendor - Business Services/Supplies** | | | | 4,187.00 |
| ACCOUNT NO.<br><br>**AIM Investments**<br>**PO Box 4729**<br>**Houston, TX 77210-4739** | | | **Vendor - Business Services/Supplies** | | | | 511.00 |
| ACCOUNT NO.   **JDA**<br><br>**Airgas Intermountain inc**<br>**PO Box 7430**<br>**Pasadena, CA 91109-7430** | | | **Vendor - Business Services/Supplies** | | | | 5,986.80 |
| ACCOUNT NO.<br><br>**Anderson Pump & Process**<br>**24107 Network Place**<br>**Chicago, IL 60673-1241** | | | **Vendor - Business Services/Supplies** | | | | 1,221.32 |
| ACCOUNT NO.   **JDA**<br><br>**Andritz Enviroment & Process**<br>**Dept 0312**<br>**PO Box 120312**<br>**Dallas, TX 75312-0312** | | | **Vendor - Business Services/Supplies** | | | | 76,508.13 |

<u>11</u>   Continuation sheets attached

Subtotal ➤ $                88,414.25

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Western Biomass Energy LLC_____          Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br> Arrow Service Inc <br> PO Box 530 <br> Upton, WY 82730-0530 | | | Vendor - Business Services/Supplies | | | | 52.97 |
| ACCOUNT NO.  <br> B-4 Automotive <br> 1101 2nd Street <br> PO Box 165 <br> Upton, WY 82730 | | | Vendor - Business Services/Supplies | | | | 1,040.15 |
| ACCOUNT NO.  JDA <br> Babbit International Inc <br> PO Box 70094 <br> Houston, TX 77270-0094 | | | Vendor - Business Services/Supplies | | | | 3,849.24 |
| ACCOUNT NO.  JDA <br> Batory Foods, Inc. <br> PO Box 75162 <br> Chicago, IL 60675-5162 | | | Vendor - Business Services/Supplies | | | | 4,024.73 |
| ACCOUNT NO.  JDA <br> Bio Springer North America <br> 321 de la Commune, #300 <br> Montreal QC Canada H2Y 2E1 | | | Vendor - Business Services/Supplies | | | | 9,961.08 |

___11___  Continuation sheets attached

Sheet no. _1_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    18,928.17

Total  ➤  $
(Use only on last page of the completed Schedule F.)
**(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re __Western Biomass Energy LLC_____     Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Black Hawk Crane & Rigging**<br>**PO Box 662**<br>**Gillette, WY 82717-0662** | | | **Vendor - Business Services/Supplies** | | | | **1,407.50** |
| ACCOUNT NO.<br><br>**Border States Electric-RPC**<br>**774 Industrial Ave**<br>**Rapid City, SD 57702-0328** | | | **Vendor - Business Services/Supplies** | | | | **872.24** |
| ACCOUNT NO.   **JDA**<br><br>**Brookfield Engineering Laboratories**<br>**11 Commerce Blvd**<br>**Middleboro, MA 02346-1031** | | | **Vendor - Business Services/Supplies** | | | | **24.19** |
| ACCOUNT NO.<br><br>**Corision Fluid Products**<br>**Dept 78278**<br>**PO Box 78000**<br>**Detroit, MI 48278-0278** | | | **Vendor - Business Services/Supplies** | | | | **499.92** |
| ACCOUNT NO.<br><br>**Dakota Business Center**<br>**PO Box 2353**<br>**Rapid City, SD 57709-2353** | | | **Vendor - Business Services/Supplies** | | | | **557.90** |

__11__  Continuation sheets attached

Sheet no. _2_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **3,361.75**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Western Biomass Energy LLC**                                    Case No. _____
                                    Debtor                                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 566.72 |
| **Delta Dental of South Dakota**<br>**720 North Euclid**<br>**PO Box 1157**<br>**Pierre, SD 57501-1157** | | | **Vendor - Business Services/Supplies** | | | | |
| ACCOUNT NO. | | | | | | | 2,416.03 |
| **Donaldson Co**<br>**96869 Collection Center Drive**<br>**Chicago, IL 60693** | | | **Vendor - Business Services/Supplies** | | | | |
| ACCOUNT NO. | | | | | | | 1,024.76 |
| **Dots Rental and Sales**<br>**814 N Robinson Road**<br>**Texarkana, TX 75501** | | | **Vendor - Business Services/Supplies** | | | | |
| ACCOUNT NO. | | | | | | | 9.20 |
| **Fisher Scientific**<br>**Attn: 011084**<br>**13551 Collections Center Drive**<br>**Chicago, IL 60693** | | | **Vendor - Business Services/Supplies** | | | | |
| ACCOUNT NO. **JDA** | | | | | | | 31,250.00 |
| **Flottweg Separation Tech, Inc.**<br>**PO Box 635920**<br>**Cincinnati, OH 45263-5920** | | | **Vendor - Business Services/Supplies** | | | | |

____11____  Continuation sheets attached

Sheet no. _3_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

|  |  |
|---|---|
| Subtotal ➤ $ | 35,266.71 |
| Total ➤ $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Western Biomass Energy LLC**                          Case No. _____
                                    **Debtor**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 240.25 |
| Gillette Steel Center PO Box 2196 Gillette, WY 82717 | | | Vendor - Business Services/Supplies | | | | |
| ACCOUNT NO. | | | | | | | 43.41 |
| Grainger Dept. 874055577 PO Box 419267 Kansas City, MO 54141-6267 | | | Vendor - Business Services/Supplies | | | | |
| ACCOUNT NO.   **JDA** | | | | | | | 8,287.04 |
| Heinrich Frings GmbH & Co. KG Post fach 1540 53005 Bonn www.frings.com | | | Vendor - Business Services/Supplies | | | | |
| ACCOUNT NO. | | | | | | | 140.40 |
| I-90 Cold Storage Co 4711 South  1-90 Service Road Rapid City, SD 57703 | | | Vendor - Business Services/Supplies | | | | |
| ACCOUNT NO. | | | | | | | 13,865.52 |
| Kimball Midwest Dept.  L-2780 Columbus, OH 43260-2780 | | | Vendor - Business Services/Supplies | | | | |

_11_   Continuation sheets attached

Sheet no. _4_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          **22,576.62**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Western Biomass Energy LLC**                              Case No. _____
                                    Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **JDA**<br>**L&H Industrial, Inc.**<br>**913 L&J Court**<br>**Gillette, WY 82718** | | | **Vendor - Business Services/Supplies** | | | | **12,788.00** |
| ACCOUNT NO.   **JDA**<br>**Martin Trans-Logics, Inc.**<br>**PO Box 59**<br>**3601 W Tickman Street**<br>**Sioux Falls, SD 57101** | | | **Vendor - Business Services/Supplies** | | | | **13,508.02** |
| ACCOUNT NO.   **JDA**<br>**Matheson Tri-Gas Inc.**<br>**PO Box 845502**<br>**Dallas, TX 75284-5502** | | | **Vendor - Business Services/Supplies** | | | | **1,500.65** |
| ACCOUNT NO.<br>**McMaster-Carr**<br>**PO Box 7690**<br>**Chicago, IL 60680-7690** | | | **Vendor - Business Services/Supplies** | | | | **376.35** |
| ACCOUNT NO.<br>**Midland Scientific, Inc.**<br>**PO Box 310304**<br>**Des Moines, IA 50331-0304** | | | **Vendor - Business Services/Supplies** | | | | **9,417.54** |

<u>11</u>   Continuation sheets attached

Sheet no. <u>5</u> of <u>11</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                    **37,590.56**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Western Biomass Energy LLC**_____   Case No. _____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Midwest Mechanical Contractors, inc**<br>**13800 Wyandotte Street**<br>**Kansas City, MO 64145** | | | **Vendor - Business Services/Supplies** | | | X | **1,207,973.39** |
| ACCOUNT NO.   **CI 11 0004143**<br><br>**Midwest Renewable Energy LLC**<br>**c/o Jerrod L. Strasheim**<br>**3610 Dodge Street, #212**<br>**Omaha, NE 68131** | | | **Vendor - Business Services/Supplies** | | | X | **1,200,000.00** |
| ACCOUNT NO.   **JDA**<br><br>**Miller Fabrication, LLC**<br>**Department 254**<br>**PO Box 4652**<br>**Houston, TX 77210-4652** | | | **Vendor - Business Services/Supplies** | | | | **145,779.53** |
| ACCOUNT NO.<br><br>**Mobile Storage Rentals Inc.**<br>**2830 Eglin Street**<br>**Rapid City, SD 57703** | | | **Vendor - Business Services/Supplies** | | | | **110.00** |
| ACCOUNT NO.<br><br>**Motion Industries**<br>**PO Box 98412**<br>**Chicago, IL 60693** | | | **Vendor - Business Services/Supplies** | | | | **4,221.48** |

_11_   Continuation sheets attached

Sheet no. _6_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **2,558,084.40**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Western Biomass Energy LLC**                    Case No. _____
                        Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Norco Inc**<br>**PO Box 15299**<br>**Boise, ID 83715** | | | Vendor - Business Services/Supplies | | | | **189.84** |
| ACCOUNT NO.   **JDA**<br><br>**North Park Transportation Co**<br>**5150 Columbine Street**<br>**Denver, CO 80216** | | | Vendor - Business Services/Supplies | | | | **611.35** |
| ACCOUNT NO.   **JDA**<br><br>**Novozymes North America Inc**<br>**PO Box 7247-7554**<br>**Philadephia, PA 19170-7554** | | | Vendor - Business Services/Supplies | | | | **690.00** |
| ACCOUNT NO.<br><br>**Pound Printing Inc.**<br>**372 Jackson Street**<br>**PO Box 502**<br>**Blair, NE 68008-0502** | | | Vendor - Business Services/Supplies | | | | **1,123.50** |
| ACCOUNT NO.   **JDA**<br><br>**Process Networks Plus, Inc**<br>**651 B US Highway 183, #33557**<br>**Leander, TX 78641** | | | Vendor - Business Services/Supplies | | | | **1,000.00** |

<u>11</u>   Continuation sheets attached

Sheet no. <u>7</u> of <u>11</u> continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **3,614.69**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Western Biomass Energy LLC**_____          Case No. _____
                                    Debtor                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**ProMAAC Systems Inc**<br>**3903 Garman Road**<br>**Gillette, WY 82716** | | | Vendor - Business Services/Supplies | | | | 1,473.92 |
| ACCOUNT NO.   **JDA**<br><br>**Ryan Zebroski**<br>**2019 9th Street**<br>**Rapid City, SD 57701** | | | Vendor - Business Services/Supplies | | | | 508.97 |
| ACCOUNT NO.<br><br>**Slade Inc**<br>**181 Crawford Road**<br>**Statesville, NC 28625** | | | Vendor - Business Services/Supplies | | | | 498.40 |
| ACCOUNT NO.<br><br>**Smith Engineering Inc**<br>**125 Columbia Court**<br>**Chaska, MN 55138-2348** | | | Vendor - Business Services/Supplies | | | | 407.92 |
| ACCOUNT NO.<br><br>**Snow Crest Chemicals**<br>**PO Box 50584**<br>**Billings, MT 59105** | | | Vendor - Business Services/Supplies | | | | 19,955.21 |

____11____   Continuation sheets attached

Sheet no. __8_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          22,844.42

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Western Biomass Energy LLC**                    Case No. _____
                                                                              (If known)
               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **JDA**<br><br>**Solutions Dynamics**<br>**PO Box 866**<br>**Brookfield, WI 53008** | | | **Vendor - Business Services/Supplies** | | | | 6,896.69 |
| ACCOUNT NO.   **JDA**<br><br>**South Fork Apartments**<br>**4500 Running W Drive**<br>**Gillette, WY 82718** | | | **Vendor - Business Services/Supplies** | | | | 1,695.00 |
| ACCOUNT NO.<br><br>**Tech-Flow**<br>**PO Box 219**<br>**Layton, UT 84041** | | | **Vendor - Business Services/Supplies** | | | | 2,796.15 |
| ACCOUNT NO.<br><br>**Tiger Transfer, LLC**<br>**PO box 255**<br>**Upton, WY 82730** | | | **Vendor - Business Services/Supplies** | | | | 2,500.00 |
| ACCOUNT NO.   **JDA**<br><br>**United Rentals**<br>**PO Box 840514**<br>**Dallas, TX 75284-0514** | | | **Vendor - Business Services/Supplies** | | | | 1,285.53 |

     11   Continuation sheets attached

Sheet no. _9_ of _11_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                          Subtotal   ➤  $            15,173.37

                                          Total   ➤  $
                                   (Use only on last page of the completed Schedule F.)
                      (Report also on Summary of Schedules and, if applicable on the Statistical
                               Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Western Biomass Energy LLC**                                    Case No. _____
                              Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **JDA**<br><br>**University of Tennessee**<br>**Institute of Agriculture**<br>**103 Morgan Hall**<br>**Knoxville, TN 37996-4506** | | | **Vendor - Business Services/Supplies** | | | | **8,617.00** |
| ACCOUNT NO.<br><br>**UNUM Life Insurance**<br>**2211 Congress Street**<br>**Portland, MA 04122** | | | **Vendor - Business Services/Supplies** | | | | **31.50** |
| ACCOUNT NO.   **JDA**<br><br>**Vincent Corporation**<br>**2810 East 5th Ave**<br>**Tampa, FL 33605** | | | **Vendor - Business Services/Supplies** | | | | **14,162.77** |
| ACCOUNT NO.   **JDA**<br><br>**Voith Meri Environmental Solutions**<br>**PO Box 1262**<br>**Appleton, WI 54912-1262** | | | **Vendor - Business Services/Supplies** | | | | **11,122.56** |
| ACCOUNT NO.<br><br>**Water Tree, Inc.**<br>**2447 West Main Street**<br>**Rapid City, SD 57702-2421** | | | **Vendor - Business Services/Supplies** | | | | **58.36** |

__11__   Continuation sheets attached

Sheet no. __10__ of __11__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $         **33,992.19**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Western Biomass Energy LLC**                              Case No. _____
_____
                          **Debtor**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Wells Fargo Business Checks by Harland Clark Checks** <br> PO Box 27207 <br> Salt Lake City, UT 84127-0207 | | | Vendor - Business Services/Supplies | | | | 107.64 |
| ACCOUNT NO. <br><br> **Western Dakota Insurors, Inc.** <br> PO Box 1300 <br> Rapid City, SD 57709 | | | Vendor - Business Services/Supplies | | | | 304.00 |
| ACCOUNT NO. <br><br> **Western Industrial Contractors** <br> 14805 East Moncrieff Place <br> Aurora, CO 80011 | | | Vendor - Business Services/Supplies | | | | 989,397.09 |
| ACCOUNT NO.   **JDA** <br><br> **Zook Enterprises LLC** <br> PO Box 73968 <br> Cleveland, OH 44193 | | | Vendor - Business Services/Supplies | | | | 2,997.20 |

  __11__   Continuation sheets attached

Sheet no. __11__ of __11__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                                    Subtotal  ➤  $          **992,805.93**

                                                                    Total  ➤  $        **3,832,653.06**

                                   **(Use only on last page of the completed Schedule F.)**
                       **(Report also on Summary of Schedules and, if applicable on the Statistical**
                            **Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re:   **Western Biomass Energy LLC** _____,   Case No. _____
                                  **Debtor**                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Mobile Mini Inc**<br>**12300 Stagebarn Trail**<br>**Piedmont, SD 57769** | **Month-to-Month rental agreement for storage unit** |
| **Mobile Storage Rentals Inc**<br>**2830 Eglin**<br>**Rapid City, SD 57703** | **Month-to-Month rental agreement for storage unit** |
| **Weston County Development Board**<br>**PO Box 255**<br>**Upton, WY 82730** | **Commercial lease agreement for real property located in Weston County, Wyoming (See Appendix "A" for legal description)** |

B6H (Official Form 6H) (12/07)

In re: **Western Biomass Energy LLC**                                     .          Case No. _____
                                    **Debtor**                                                                    **(If known)**

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **James Jandrain**<br>**3610 Dodge Street, #212**<br>**Omaha, NE 68131**<br><br>**KL Energy**<br>**525 University Loop, #111**<br>**Rapid City, SD 57701**<br><br>**Randall Kramer**<br>**4037 Valley West Drive**<br>**Rapid City, SD 57702**<br><br>**Theodore Hazer**<br>**14210 Hamilton Street**<br>**Omaha, NE 68154** | **Security National Bank of Omaha**<br>**PO Box 31400**<br>**Omaha, NE 68131-0400** |

Midland Scientific, Inc.
PO Box 310304
Des Moines, IA 50331-0304


Abstract Logic Systems
2050 West Main Street, #7
Rapid City, SD 57702


add blue Consultoria, Ltda
Rua Joaquim Nabuca, 47, cjt, 81
San Paulo-SP CEPI4621-000
Brazil


AIM Investments
PO Box 4729
Houston, TX 77210-4739


Airgas Intermountain inc
PO Box 7430
Pasadena, CA 91109-7430


Babbit International Inc
PO Box 70094
Houston, TX 77270-0094


Anderson Pump & Process
24107 Network Place
Chicago, IL 60673-1241


Andritz Enviroment & Process
Dept 0312
PO Box 120312
Dallas, TX 75312-0312


Arrow Service Inc
PO Box 530
Upton, WY 82730-0530

B-4 Automotive
1101 2nd Street
PO Box 165
Upton, WY 82730


Batory Foods, Inc.
PO Box 75162
Chicago, IL 60675-5162


Bio Springer North America
321 de la Commune, #300
Montreal QC Canada H2Y 2E1


Black Hawk Crane & Rigging
PO Box 662
Gillette, WY 82717-0662


Blue Sugars Corporation
525 University Loop, #111
Rapid City, SD 57701


Border States Electric-RPC
774 Industrial Ave
Rapid City, SD 57702-0328


Brookfield Engineering Laboratories
11 Commerce Blvd
Middleboro, MA 02346-1031


Corision Fluid Products
Dept 78278
PO Box 78000
Detroit, MI 48278-0278


Dakota Business Center
PO Box 2353
Rapid City, SD 57709-2353

Delta Dental of South Dakota
720 North Euclid
PO Box 1157
Pierre, SD 57501-1157


Donaldson Co
96869 Collection Center Drive
Chicago, IL 60693


Dots Rental and Sales
814 N Robinson Road
Texarkana, TX 75501


First National Bank of Omaha
1620 Dodge Street, Stop 1050
Omaha, NE 68197


Fisher Scientific
Attn: 011084
13551 Collections Center Drive
Chicago, IL 60693


Flottweg Separation Tech, Inc.
PO Box 635920
Cincinnati, OH 45263-5920


GDA Consult SA
147 Rue d'Eglise
Brussels, B-1150 Belgium


Gillette Steel Center
PO Box 2196
Gillette, WY 82717


Grainger
Dept. 874055577
PO Box 419267
Kansas City, MO 54141-6267

Greenberg & Traurig
Attn Raymond Lee
3161 Michelson Drive, #1000
Irvine, CA 92612


Heinrich Frings GmbH & Co. KG
Post fach 1540
53005 Bonn
www.frings.com


I-90 Cold Storage Co
4711 South  1-90 Service Road
Rapid City, SD 57703


James Jandrain
3610 Dodge Street, #212
Omaha, NE 68131


Kimball Midwest
Dept.  L-2780
Columbus, OH 43260-2780


KL Energy
525 University Loop, #111
Rapid City, SD 57701


L&H Industrial, Inc.
913 L&J Court
Gillette, WY 82718


Martin Trans-Logics, Inc.
PO Box 59
3601 W Tickman Street
Sioux Falls, SD 57101


Matheson Tri-Gas Inc.
PO Box 845502
Dallas, TX 75284-5502

McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690


Midwest Mechanical Contractors, inc
13800 Wyandotte Street
Kansas City, MO 64145


Midwest Renewable Energy LLC
c/o Jerrod L. Strasheim
3610 Dodge Street, #212
Omaha, NE 68131


Miller Fabrication, LLC
Department 254
PO Box 4652
Houston, TX 77210-4652


Mobile Storage Rentals Inc.
2830 Eglin Street
Rapid City, SD 57703


Motion Industries
PO Box 98412
Chicago, IL 60693


Norco Inc
PO Box 15299
Boise, ID 83715


North Park Transportation Co
5150 Columbine Street
Denver, CO 80216


Novozymes North America Inc
PO Box 7247-7554
Philadephia, PA 19170-7554

Pound Printing Inc.
372 Jackson Street
PO Box 502
Blair, NE 68008-0502


Process Networks Plus, Inc
651 B US Highway 183, #33557
Leander, TX 78641


ProMAAC Systems Inc
3903 Garman Road
Gillette, WY 82716


Randall Kramer


Ryan Zebroski
2019 9th Street
Rapid City, SD 57701


Security National Bank of Omaha
PO Box 31400
Omaha, NE 68131-0400


Signet Global Investors Limited
Attn Philip Boylan
5th Floor Beau Lane House
Mercer Street Lower
Dublin, Ireland 2


Slade Inc
181 Crawford Road
Statesville, NC 28625


Smith Engineering Inc
125 Columbia Court
Chaska, MN 55138-2348

Snow Crest Chemicals
PO Box 50584
Billings, MT 59105


Solutions Dynamics
PO Box 866
Brookfield, WI 53008


South Fork Apartments
4500 Running W Drive
Gillette, WY 82718


Tech-Flow
PO Box 219
Layton, UT 84041


Theodore Hazer
14210 Hamilton Street
Omaha, NE 68154


Tiger Transfer, LLC
PO box 255
Upton, WY 82730


TMF Trustees Singapore
Trustee for John Eric Buckens
Brumby House, Jalan Bahasa
Box 80148
Lubuan F.T., Malaysia 87011


United Rentals
PO Box 840514
Dallas, TX 75284-0514


University of Tennessee
Institute of Agriculture
103 Morgan Hall
Knoxville, TN 37996-4506

UNUM Life Insurance
2211 Congress Street
Portland, MA 04122


Vincent Corporation
2810 East 5th Ave
Tampa, FL 33605


Voith Meri Environmental Solutions
PO Box 1262
Appleton, WI 54912-1262


Warcoing Sucre SA
Rue Gachard 88/16
Brussels, Belgium 1050


Water Tree, Inc.
2447 West Main Street
Rapid City, SD 57702-2421


Wells Fargo Business Checks by
Harland Clark Checks
PO Box 27207
Salt Lake City, UT 84127-0207


Western Dakota Insurors, Inc.
PO Box 1300
Rapid City, SD 57709


Western Industrial Contractors
14805 East Moncrieff Place
Aurora, CO 80011


Weston County Treasurer
1 Main Street
Newcastle, WY 82701

Zook Enterprises LLC
PO Box 73968
Cleveland, OH 44193

Martin Trans-Logics, Inc.
PO Box 59
3601 W Tickman Street
Sioux Falls, SD 57101


Midwest Mechanical Contractors, inc
13800 Wyandotte Street
Kansas City, MO 64145


Midwest Renewable Energy LLC
c/o Jerrod L. Strasheim
3610 Dodge Street, #212
Omaha, NE 68131


Western Industrial Contractors
14805 East Moncrieff Place
Aurora, CO 80011


Miller Fabrication, LLC
Department 254
PO Box 4652
Houston, TX 77210-4652


Andritz Enviroment & Process
Dept 0312
PO Box 120312
Dallas, TX 75312-0312


Flottweg Separation Tech, Inc.
PO Box 635920
Cincinnati, OH 45263-5920


Snow Crest Chemicals
PO Box 50584
Billings, MT 59105


Blue Sugars Corporation
525 University Loop, #111
Rapid City, SD 57701

Kimball Midwest
Dept.  L-2780
Columbus, OH 43260-2780


Airgas Intermountain inc
PO Box 7430
Pasadena, CA 91109-7430


L&H Industrial, Inc.
913 L&J Court
Gillette, WY 82718


Voith Meri Environmental Solutions
PO Box 1262
Appleton, WI 54912-1262


Bio Springer North America
321 de la Commune, #300
Montreal QC Canada H2Y 2E1


Midland Scientific, Inc.
PO Box 310304
Des Moines, IA 50331-0304


University of Tennessee
Institute of Agriculture
103 Morgan Hall
Knoxville, TN 37996-4506


Heinrich Frings GmbH & Co. KG
Post fach 1540
53005 Bonn
www.frings.com


Solutions Dynamics
PO Box 866
Brookfield, WI 53008

Weston County Treasurer
1 Main Street
Newcastle, WY 82701


Vincent Corporation
2810 East 5th Ave
Tampa, FL 33605

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court

### District of Wyoming

In re  **Western Biomass Energy LLC**                                    ,        Case No. _____

                                                    Debtor        Chapter    _11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $      391.456.62 | | |
| B - Personal Property | YES | 3 | $      2.493.689.70 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $      31.528.105.52 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $      6,743.32 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 12 | | $      3.832.653.06 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 22 | $      2,885,146.32 | $      35,367,501.90 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Wyoming

In re  **Western Biomass Energy LLC**                                   Case No. _____

_____,
                              Debtor                                        Chapter  **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   6,743.32 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   0.00 |
| Student Loan Obligations (from Schedule F) | $   0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $   0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   0.00 |
| TOTAL | $   6,743.32 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   0.00 |
| Average Expenses (from Schedule J, Line 18) | $   0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   28,773,495.08 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   6,743.32 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   0.00 |
| 4. Total from Schedule F | | $   3,832,653.06 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   32,606,148.14 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Western Biomass Energy LLC**                                    Case No.   _____
                              Debtor                                                        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Thomas Bolan**, the **Manager** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of      **23**                      sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **10/31/2012**                    Signature:    **s/ Thomas Bolan**                                    

                                                         **Thomas Bolan Manager**                                    
                                                  [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

# United States Bankruptcy Court
## District of Wyoming

In re:   **Western Biomass Energy LLC**

Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
|  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Thomas Bolan**, **Manager** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:   10/31/2012

s/ Thomas Bolan

**Thomas Bolan, Manager, Western Biomass Energy**
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B7 (Official Form 7) (4/10)

## UNITED STATES BANKRUPTCY COURT
## District of Wyoming

In re: **Western Biomass Energy LLC**                                ,       Case No. _____

Debtor                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None ☑

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 2.  Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None    b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attachment C** | | | |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **Midwest Renewable Energy, LLC Collections v Western Biomass Energy, et.al**    **11-0004143** | | **District Court Douglas County, Nebraska** | **pending** |

None ☑    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

# ATTACHMENT C

**Western Biomass Energy LLC**
   STATEMENT OF FINANCIAL AFFAIRS 3b
   Payments in the last 90 Days

| Name and Address of Creditor | Dates of Payments / Transfers | Amount Paid or Value of Transfers | Amount Still Owing (as of 9/30/12) |
|---|---|---|---|
| Airgas Intermountain Inc<br>PO Box 7430<br>Pasadena CA  91109-7430 | Past 90 days | $  19,412.51 | $          5,986.80 |
| A-Lert Construction Services<br>PO Box 531<br>Fredonia, KS 66736 | Past 90 days | $  49,585.99 | $                   - |
| Amped Electric LLC<br>1B Court<br>Gillette, WY 82716 | Past 90 days | $  21,242.36 | $                   - |
| Anderson Pump & Process<br>24107 Network Place<br>Chicago, IL 60673-1241 | Past 90 days | $    9,989.38 | $          1,221.32 |
| Andritz Environment & Process<br>Dept 0312<br>PO Box 120312<br>Dallas, TX 75312-0312 | Past 90 days | $ 106,890.00 | $         76,508.13 |
| Blue Cross Blue Shield of Wyoming<br>PO Box 2266<br>Cheyenne WY  82003-226 | Past 90 days | $  12,024.90 | $                   - |
| Chromalox Inc<br>PO Box 536435<br>Atlanta GA  30353-6435 | Past 90 days | $    6,220.32 | $                   - |
| Excalibur<br>PO Box 1230<br>Texarkana, TX 75504 | Past 90 days | $  21,700.00 | $                   - |
| Flottweg Separation Tech, Inc<br>PO Box 635920<br>Cincinnati, OH 45263-5920 | Past 90 days | $  27,072.70 | $         31,250.00 |
| Industrial Commercial Insulation<br>PO Box 775<br>Oskaloosa IA  52577 | Past 90 days | $  17,845.00 | $                   - |
| Joe's Food Center<br>PO Box 770<br>Upton WY  82730-0770 | Past 90 days | $    9,310.74 | $                   - |
| Kimball Midwest | Past 90 days | $  10,521.44 | $         13,865.52 |

Dept L-2780
Columbus, OH 43260-2780

| | | | |
|---|---|---|---|
| Martin Trans-Logics, Inc.<br>3601 W Tickman St<br>PO Box 59<br>Sioux Falls SD  57101 | Past 90 days | $   7,093.72 | $   13,508.02 |
| MGTC INC.<br>PO Box 730467<br>Dallas TX  75373-0467 | Past 90 days | $   35,000.40 | $   - |
| Midland Scientific Inc.<br>PO Box 310304<br>Des Moines IA  50331-0304 | Past 90 days | $   9,367.94 | $   9,417.54 |
| Miller Fabrication LLC<br>Department 254<br>PO Box 4652<br>Houston, TX 77210-4652 | Past 90 days | $   90,783.20 | $   145,779.53 |
| NLB Corp<br>29830 Beck Road<br>Wixom, MI 48393-2824 | Past 90 days | $   7,608.77 | $   - |
| Northwest Instrument & Controls<br>2601 Midpoint Drive Suite 120<br>Fort Collins, CO 80525 | Past 90 days | $   8,165.85 | $   - |
| Novozymes North America, Inc.<br>PO Box 7247-7554<br>Philadelphia PA  19170-7554 | Past 90 days | $   23,200.00 | $   690.00 |
| NRM Company<br>4771 Sweetwater Blvd.<br>Sugar Land, TX 77479 | Past 90 days | $   14,000.00 | $   - |
| Poyry (Appleton) LLC<br>2323 E Capitol Dr<br>PO Box 8028<br>Appleton WI  54912-8028 | Past 90 days | $   15,447.50 | $   - |
| Powder River Energy Corporation<br>P.O. Box 930<br>Sundance, WY 82729-0930 | Past 90 days | $   38,685.46 | $   - |
| ProMAAC Systems, Inc.<br>3903 Garman Road<br>Gillette WY  82716 | Past 90 days | $   18,157.90 | $   1,473.92 |
| Robert's Machine & Repair<br>19652 US Highway 14<br>Sundance WY  82729 | Past 90 days | $   6,410.88 | $   - |
| Security National Bank of Omaha<br>Attn. Keith McCormick<br>PO Box 31400 | Past 90 days | $   77,732.50 | $   1,047,292.08 |

| | | | |
|---|---|---|---|
| Snow Crest Chemicals<br>PO Box 50584<br>Billings, MT 59105 | Past 90 days | $ 6,418.69 | $ 19,955.21 |
| Sulzer Chemtech USA, Inc.<br>PO box 700480<br>Tulsa OK 74170 | Past 90 days | $ 11,055.72 | $ - |
| Sulzer EMS Inc.<br>PO Box 749853<br>Los Angeles, CA 90074-9853 | Past 90 days | $ 10,149.47 | $ - |
| Tech-Flow<br>PO Box 219<br>Layton UT 84041 | Past 90 days | $ 5,889.62 | $ 2,796.15 |
| Tiger Transfer, LLC<br>PO Box 255<br>UPton, WY 82730 | Past 90 days | $ 7,500.00 | $ 2,500.00 |
| United Rentals North America Inc<br>PO Box 840514<br>Dallas, TX 75284-0514 | Past 90 days | $ 6,168.95 | $ 1,285.53 |
| Upton Co-Op Association<br>PO Box 210<br>Upton, WY 82730 | Past 90 days | $ 11,446.78 | $ - |
| Vincent Corporation<br>2810 E. 5th Ave.<br>Tampa, FL 33605 | Past 90 days | $ 9,688.38 | $ 14,162.77 |
| Western Industrial Contractors<br>Gillette Operations<br>14805 E. Moncrieff Place<br>Aurora, CO 80011 | Past 90 days | $ 60,000.00 | $ 989,397.09 |
| Willis of Minnesota, Inc.<br>62452 Collections Center Drive<br>Chicago, IL 60693-0624 | Past 90 days | $ 22,726.01 | $ - |
| Blue Sugars<br>525 University Loop, #111<br>Rapid City, SD 57701 | Past 90 days | $ 32,000.00 | $ 30,144,224.26 |

### 5.  Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6.  Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7.  Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8.  Losses

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **2008 Loadmax 40GN Flatbed Trailer** | **Trailer fire while in transit on highway; cause undetermined.** | **11/09/2011** |
| **$8,470.00** | **yes covered by insurance minus $500.00 deductible** | |
| **(trailer was repurchased at salvage price of $800 for use on plant property)** | | |

4

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Winship & Winship PC PO Box 548 Casper, WY 82602** | **10/31/2012** | **Pre-petition Attorney Fees $2530.00** |
| **Winship & Winship PC PO Box 548 Casper, WY 82602** | **10/15/2012** | **Attorney Fee $22,470.00 Filing Fee $1,046.00** |

### 10.  Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Aaron Equipment Co. PO Box 80 Bensenville, IL 60106**  none | **09/27/2012** | **Extruder**  **$130,000.00** |
| **Hydroblasters, Inc. 2510 40th Street N., Wisconsin Rapids, WI 54494**  none | **10/19/2012** | **Hydroblaster $50,000.00** |

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☑

c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

## 18. Nature, location and name of business

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ☑ b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Patty Sharp** | **2/14/2012 to current** |
| **Paul Grubic** | **11/16/2008-9/9/2011** |
| **Sondra Bray** | **8/24/2011-2/24/2012** |

None ☐ b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **EKS&H** |  | **CY 2010-2011 audits** |
| **7979 E Tufts Ave, #400** |  |  |
| **Denver, CO 80237** |  |  |

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|
| **Security National Bank of Omaha** | **09/01/2012** |
| **PO Box 31400** |  |
| **Omaha, Ne 68131-0400** |  |

## 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 08/31/2012 | Karl Charron | 338,335.00 |

None ☐ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 08/31/2012 | Thomas Bolan<br>Blue Sugars Corp<br>525 University Loop, #111<br>Rapid City, SD 57701 |

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Blue Sugars<br>525 University Loop, #111<br>Rapid City, SD 57701 | Investor | 64.0% |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 24. Tax Consolidation Group.

None ☑
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## 25. Pension Funds.

None ☑
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **10/31/2012**                  Signature   **s/ Thomas Bolan**

                                                   **Thomas Bolan, Manager**
                                                   Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### District of Wyoming

In re:  **Western Biomass Energy LLC**

Debtor

Case No. _____

Chapter  **11**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **$195-$300/hr** |
| Prior to the filing of this statement I have received | $ | **22,470.00** |
| Balance Due | $ | |

2. The source of compensation paid to me was:

☑ Debtor  ☐ Other (specify)

3. The source of compensation to be paid to me is:

☐ Debtor  ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e) [Other provisions as needed]

**The compensation agreed to be paid by the Debtor to the undersigned is $195.00 to $300.00 per hour plus expenses.**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

**Preparation of Tax Returns, Initial Report and Monthly Operating Reports to Trustee.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **10/31/2012**

**/s/ Stephen R. Winship**

**Stephen R. Winship, Bar No.  5-2093**

**Winship & Winship, PC**

Attorney for Debtor(s)