Bradley T. Hunsicker
(Wyoming State Bar No. 7-4579)
WINSHIP & WINSHIP, P.C.
PO Box 548
Casper, WY 82602
(307) 234-8991

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| re: ) | |
| ) | |
| WESTERN BIOMASS ENERGY, LLC. ) | Case No. 12-21085 |
| ) | Chapter 11 |
| ) | |
| Debtor-in-Possession. ) | |

## MOTION FOR APPROVAL OF SALE OF PERSONAL PROPERTY

**COMES NOW** the above named Debtor-in-Possession ("WBE"), by and through its counsel, and pursuant to 11 U.S.C. §§ 363(f) and 1107, and F.R.B.P. 6004(c), hereby seeks authorization to sell free and clear of liens by private sale to KWK Consulting LLC ("Purchaser") certain equipment more particularly described as: 1-Telehandler (Serial #179196), 1-Manlift JLG 450A (Serial #1140010300048286), 1-Case W14B Loader (Serial #JAP00880302), 1-Bobcat 763 Skid steer (Serial #512229081), 1-Texas Pride Tandem Duel Trailer (VIN#1B9K2NGT3CC624921) and 1-Gooseneck Trailer (damaged) (collectively referred to herein as the "Equipment") for the combined purchase price of $77,650.00 (the "Purchase Price") under the terms set forth in the Purchase Agreement ("Agreement") attached hereto at Exhibit A, and in support hereof shows the Court as follows:

1. The Equipment is subject to security interests held by Security National Bank and First National Bank of Omaha.

2. The Purchase Price represents the fair market value of the Equipment.

3. The Equipment is not necessary for the ongoing reorganization and/or liquidation of WBE's assets.

4. The Purchase Price, or a portion thereof, will be used to pay Security National Bank's arrearage on the indebtedness it is owed by WBE in the amount of approximately $45,565.00, and consequently, Security National Bank does not oppose this sale.

5. The remaining balance of the Purchase Price shall be used as working capital to pay ongoing operational expenses without which WBE's research and development facility would likely be forced to shut down resulting in a significant decrease in value of WBE's primary asset.

6. Neither WBE nor its principals are owners, officers or employees of Purchaser.

7. It is in all parties' best interest that the Equipment be sold in the manner proposed herein.

**WHEREFORE** WBE requests that the Court enter an order allowing the sale of the above described personal property.

**DATED** this 20th day of December, 2012.

                                        WESTERN BIOMASS ENERGY, LLC.

By: __/s/_____
Bradley T. Hunsicker
(Wyoming State Bar No. 7-4579)
WINSHIP & WINSHIP, P.C.
PO Box 548
Casper, WY 82602
(307) 234-8991  Fax (307) 234-1116
brad@winshipandwinship.com

## CERTIFICATE OF SERVICE

I, Bradley T. Hunsicker, hereby certify that a true and correct copy of the foregoing **Motion for Sale of Debtor's Personal Property** was served *electronically* upon the **Office of the United States Trustee**, and served upon **First National Bank of Omaha**, **1620 Dodge Street, Stop 1050, Omaha, NE 68197**, and **Gregory C. Dyekman, Dray, Dyekman, Reed & Healey, P.C., 204 East 22nd Street, Cheyenne, WY 82001-3799, Attorney for Security National Bank of Omaha**, and upon **All Creditors** listed on the **CMECF Mailing Matrix,** electronically, this 20th day of December, 2012.

___/s/_____
Bradley T. Hunsicker