B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## District of Wyoming

In re  **Western Biomass Energy LLC**                                  ,   Case No.  **12-21085**
                          Debtor                                              Chapter  **11**

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Blue Sugars Corporation**<br>**525 University Loop, #111**<br>**Rapid City, SD 57701** | | Security Agreement | | **$29,902,534.86**<br><br>**SECURED VALUE:**<br>**$1,942,778.33** |
| **Midwest Mechanical Contractors, inc**<br>**13800 Wyandotte Street**<br>**Kansas City, MO 64145** | | | DISPUTED | **$1,207,973.39** |
| **Midwest Renewable Energy LLC**<br>**c/o Jerrod L. Strasheim**<br>**3610 Dodge Street, #212**<br>**Omaha, NE 68131** | | | DISPUTED | **$1,200,000.00** |
| **Western Industrial Contractors**<br>**14805 East Moncrieff Place**<br>**Aurora, CO 80011** | | | | **$989,397.09** |
| **Miller Fabrication, LLC**<br>**Department 254**<br>**PO Box 4652**<br>**Houston, TX 77210-4652** | | | | **$145,779.53** |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Western Biomass Energy LLC**                                    , Case No. **12-21085**

Debtor

Chapter **11**

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| **Andritz Enviroment & Process**<br>**Dept 0312**<br>**PO Box 120312**<br>**Dallas, TX 75312-0312** | | | | $76,508.13 |
| **Sulzer Chemtech USA Inc**<br>**PO Box 700480**<br>**Tulsa, OK 74170** | | | | $37,520.00 |
| **Powder River Energy Corp**<br>**PO Box 930**<br>**Sundance, WY 82729** | | | | $36,622.32 |
| **Snow Crest Chemicals**<br>**PO Box 50584**<br>**Billings, MT 59105** | | | | $21,786.81 |
| **NRM Company**<br>**4771 Sweetwater Blvd**<br>**Suger Land, TX 77479** | | | DISPUTED | $14,000.00 |
| **Martin Trans-Logics, Inc.**<br>**PO Box 59**<br>**3601 W Tickman Street**<br>**Sioux Falls, SD 57101** | | | | $13,508.02 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Western Biomass Energy LLC**                                    , Case No. **12-21085**

Debtor                                                                              Chapter  **11**

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

| | | | | |
|---|---|---|---|---|
| **L&H Industrial, Inc.**<br>913 L&J Court<br>Gillette, WY 82718 | | | | $12,788.00 |
| **Kimball Midwest**<br>Dept.  L-2780<br>Columbus, OH 43260-2780 | | | | $12,531.36 |
| **Voith Meri Environmental Solutions**<br>PO Box 1262<br>Appleton, WI 54912-1262 | | | | $11,122.56 |
| **MGTC, Inc**<br>PO Box 730467<br>Dallas, TX 75373-0467 | | | | $10,589.15 |
| **Bio Springer North America**<br>321 de la Commune, #300<br>Montreal QC Canada H2Y 2E1 | | | | $9,961.08 |
| **Midland Scientific, Inc.**<br>PO Box 310304<br>Des Moines, IA 50331-0304 | | | | $8,904.70 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Western Biomass Energy LLC** _____ , Case No. **12-21085** _____

Debtor                        Chapter    **11** _____

# Amended - LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, gov- ernment contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **University of Tennessee Institute of Agriculture 103 Morgan Hall Knoxville, TN 37996-4506** | | | | **$8,617.00** |
| **Heinrich Frings GmbH & Co. KG Jonas-Cahn-Str. 9 53115 Bonn, Germany** | | | | **$8,287.04** |
| **Airgas Intermountain inc PO Box 7430 Pasadena, CA 91109-7430** | | | | **$6,879.66** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Thomas Bolan, Manager of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **1/11/2013** _____        Signature:    **s/ Thomas Bolan** _____

**Thomas Bolan ,Manager** _____
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B6A (Official Form 6A) (12/07)

In re: __Western Biomass Energy LLC__ ,                    Case No. __12-21085__
_____                                    _____
                    **Debtor**                                                    **(If known)**

# AMENDED - SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Commercial Building located at 131 Buffalo Creek Road Upton, Wyoming** | **None** | | **$ 383,824.72** | **$30,495,867.43** |

                                    Total  ➢  | **$ 383,824.72** |
                                    (Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Western Biomass Energy LLC**_____,    Case No. **12-21085**_____
                                   Debtor                                                          (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | | **0.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Bank**<br>**825 St Joseph Street**<br>**Rapid City, SD 57701**<br><br>**Business Checking** | | **3,027.94** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Department of Treasury - Alcohol and Tobacco Tax and Trade Bureau - Distilled Spirits Bond**<br><br>**($15000.00)** | | **0.00** |
| Security deposits with public utilities, telephone companies, landlords, and others. | | **Town of Upton**<br><br>**($5000.00)** | | **0.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Western Biomass Energy LLC**_____,   Case No.  **12-21085**_____
                                        Debtor                                              **(If known)**

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | 0.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1986 Kenworth VIN#2NKCL59X9GM336050** | | 3,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Chevrolet PU VIN#1GCJK39142E238193** | | 12,800.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Loama Flatbed Trailer VIN#5L8GH402281014348** **(salvage title)** | | 700.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2012 Texas Pride Flatbed Trailer VIN#1B9K2NGT3CC624921** | | 10,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Business Machinery, Fixtures, Office Equipment, Lab Equipment and Supplies See Attachment A** | | 1,756,217.22 |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re __Western Biomass Energy LLC_____,   Case No. __12-21085_____
                                        Debtor                                                                    (If known)

# AMENDED - SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30. Inventory. | | **Primarily bagasse feedstock** | | **157,033.17** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

__2__  continuation sheets attached                    Total  >   | **$1,942,778.33** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

# Western Biomass Energy LLC
# Bankruptcy Case 12-21085

### ATTACHMENT A
### Equipment, Fixtures & Office Equipment

| Description | Value |
| --- | --- |
| Building | |
| Boiler | 30,574.17 |
| Cooling tower | 9,724.06 |
| Extruder | - |
| Hydrolysis tanks | 159,896.93 |
| Fermentatiion tanks | 216,843.11 |
| Fermentation tanks - yeast prop | 76,443.69 |
| Aqua ammonia & acid distribution | 6,118.36 |
| Reactor | 192,911.91 |
| Reactor discharger | 15,637.06 |
| Stripper & Rectifier column | 97,865.30 |
| Molecular sieve Beds | 16,842.81 |
| Evaporators | 44,227.44 |
| Weigh belt | 5,471.73 |
| Mill | 1,574.75 |
| Conveyors | 10,674.97 |
| Separations Equipment | 450,841.24 |
| MCC/Electrical infrastructure | 311,099.72 |
| Lab Equip | 14,579.15 |
| Pumps | 32,627.87 |
| Scales and Load-out | 7,696.48 |
| Miscellaneous | 48,866.84 |
| Office equipment | 5,699.62 |
| | 1,756,217.22 |

B6D (Official Form 6D) (12/07)

In re  **Western Biomass Energy LLC**                              .        Case No.  **12-21085**
                                    Debtor                                                      (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Blue Sugars Corporation**<br>**525 University Loop, #111**<br>**Rapid City, SD 57701** | | | 10/05/2012<br>Security Agreement<br>Secured by Commercial<br>Property,  Inventory, and<br>Equipment/fixtures<br><br>VALUE $1,942,778.33 | | | | 30,495,867.43 | 29,902,534.86 |
| ACCOUNT NO.<br><br>**First National Bank of Omaha**<br>**1620 Dodge Street, Stop 1050**<br>**Omaha, NE 68197** | | J | Security Agreement<br>Secured by Commercial<br>Property,  Inventory, and<br>Equipment/fixtures<br><br>VALUE $1,942,778.33 | X | | X | 156,589.18 | 0.00 |
| ACCOUNT NO.<br><br>**GDS Consult SA**<br>**147 Rue d'Eglise**<br>**Brussels, B-1150 Belgium** | | | 10/25/2012<br>Security Agreement<br>Secured by Commercial<br>Property,  Inventory, and<br>Equipment/fixtures<br><br>VALUE $1,942,778.33 | | | X | 12,500.00 | 0.00 |
| ACCOUNT NO.<br><br>**Lansing Securities**<br>**Greenberg & Traurig**<br>**Attn Raymond Lee**<br>**3161 Michelson Drive, #1000**<br>**Irvine, CA 92612** | | | 10/25/2012<br>Security Agreement<br>Secured by Commercial<br>Property,  Inventory, and<br>Equipment/fixtures<br><br>VALUE $1,942,778.33 | | | X | 20,000.00 | 0.00 |

1   continuation sheets
    attached

Subtotal  ➤
(Total of this page)

$ 30,684,956.61    $29,902,534.86

Total  ➤
(Use only on last page)

$                    $

(Report also on Summary of   (If applicable, report
Schedules)                   also on Statistical
                             Summary of Certain
                             Liabilities and
                             Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Western Biomass Energy LLC** _____ .      Case No.  **12-21085** _____

_____
         Debtor                                                                  (If known)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  KM CS 62517<br>**Security National Bank of Omaha**<br>**PO Box 31400**<br>**Omaha, NE 68131-0400** | X | | 05/26/2012<br>**Secured by Commercial Property,  Inventory, and Equipment/fixtures**<br>_____<br>**VALUE $1,942,778.33** | | | | 1,032,856.58 | 0.00 |
| ACCOUNT NO.<br>**Signet Multi Manager SPC Inc**<br>**C/O SS&C Glove Op**<br>**Beaux Lane House**<br>**Mercer Street Lower**<br>**Dublin 2, Ireland** | | | 10/25/2012<br>**Security Agreement**<br>**Secured by Commercial Property,  Inventory, and Equipment/fixtures**<br>_____<br>**VALUE $1,942,778.33** | | | X | 100,000.00 | 0.00 |
| ACCOUNT NO.<br>**TMF Trustees Singapore**<br>**Trustee for John Eric Buckens**<br>**Brumby House, Jalan Bahasa**<br>**Box 80148**<br>**Lubuan F.T., Malaysia 87011** | | | 10/25/2012<br>**Security Agreement**<br>**Secured by Commercial Property,  Inventory, and Equipment/fixtures**<br>_____<br>**VALUE $1,942,778.33** | | | X | 7,500.00 | 0.00 |
| ACCOUNT NO.<br>**Warcoing Sucre SA**<br>**Rue Gachard 88/16**<br>**Brussels, Belgium 1050** | | | 10/25/2012<br>**Security Agreement**<br>**Secured by Commercial Property,  Inventory, and Equipment/fixtures**<br>_____<br>**VALUE $1,942,778.33** | | | X | 20,000.00 | 0.00 |

Sheet no. _1_ of _1_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal  ➢
(Total of this page)

$  1,160,356.58 | $        0.00

Total  ➢
(Use only on last page)

$ 31,845,313.19 | $!9,902,534.86

(Report also on Summary of    (If applicable, report
Schedules)                              also on Statistical
                                               Summary of Certain
                                               Liabilities and
                                               Related Data.)

B6E (Official Form 6E) (4/10)

In re  **Western Biomass Energy LLC** _____  Case No.  <u>**12-21085**</u> _____
                                              Debtor                                              (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑    **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑    **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑    **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑    **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑    **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑    **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑    **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑    **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>**4**</u>  **continuation sheets attached**

B6E (Official Form 6E) (4/10) – Cont.

In re __**Western Biomass Energy LLC**_____,    Case No. __**12-21085**_____
                                         Debtor                                                         (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Wages, Salaries, and Commissions**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ben Estep<br>107 Cascade Ave<br>Newcastle, WY 82710** | | | **Wages for period ending 10/31/2012** | | | | **532.60** | **532.60** | **$0.00** |
| ACCOUNT NO.<br>**Chase Smith<br>101 1/2 Garner Lake Road<br>Gillette, WY 82717** | | | **Wages for period ending 10/31/2012** | | | | **549.55** | **549.55** | **$0.00** |
| ACCOUNT NO.<br>**Chris Fagg<br>1710 Gray Blvd<br>Newcastle, WY 82701** | | | **Wages and Earned Vacation for period ending 10/31/2012** | | | | **321.45** | **321.45** | **$0.00** |
| ACCOUNT NO.<br>**Cody Gallaher<br>2311 2nd Ave SW<br>Rochester, MN 55902** | | | **Wages for period ending 10/31/2012** | | | | **134.13** | **134.13** | **$0.00** |
| ACCOUNT NO.<br>**Greg Blankenship<br>3413 Wisconsin Ave<br>Rapid City, SD 57701** | | | **Wages for period ending 10/31/2012** | | | | **65.25** | **65.25** | **$0.00** |
| ACCOUNT NO.<br>**Jeff Hargrave<br>PO Box 377<br>Upton, WY 92730** | | | **Wages for period ending 10/31/2012** | | | | **432.60** | **432.60** | **$0.00** |

Sheet no. _1_ of _4_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ▷ (Totals of this page)     $ **2,035.58**    $ **2,035.58**    $ **0.00**

Total ▷ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)     $

Total ▷ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )     $     $

B6E (Official Form 6E) (4/10) – Cont.

In re   **Western Biomass Energy LLC**          Case No.   **12-21085**
_____          _____
Debtor                                                    (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Justin Krueger**<br>**PO Box 812**<br>**Upton, WY 82730** | | | **Wages and Earned Vacation for period ending 10/31/2012** | | | | **436.70** | **436.70** | **$0.00** |
| ACCOUNT NO.<br>**Perry West**<br>**PO Box 693**<br>**Upton, WY 82730** | | | **Wages and Earned Vacation for period ending 10/31/2012** | | | | **660.20** | **660.20** | **$0.00** |
| ACCOUNT NO.<br>**Randy Hurte**<br>**616 Pine Street**<br>**Newcastle, WY 82701** | | | **Wages for period ending 10/31/2012** | | | | **340.50** | **340.50** | **$0.00** |
| ACCOUNT NO.<br>**Richard McGinnis**<br>**308 West Cambria Street**<br>**Newcastle, WY 82701** | | | **Wages for period ending 10/31/2012** | | | | **260.30** | **260.30** | **$0.00** |
| ACCOUNT NO.<br>**Stephanie Rikke**<br>**PO Box 35**<br>**Utpon, WY 82730** | | | **Wages for period ending 10/31/2012** | | | | **139.80** | **139.80** | **$0.00** |
| ACCOUNT NO.<br>**Steve McNutt**<br>**PO Box 311**<br>**Upton, WY 82730** | | | **Wages and Earned Vacation for period ending 10/31/2012** | | | | **1,362.36** | **1,362.36** | **$0.00** |

Sheet no. _2_ of _4_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals►<br>(Totals of this page) | $ **3,199.86** | $ **3,199.86** | $ **0.00** |
|---|---|---|---|---|
| | Total  ►<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total  ►<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

B6E (Official Form 6E) (4/10) – Cont.

In re **Western Biomass Energy LLC**                                                  Case No. **12-21085**
                                                                                                            (If known)
                                    Debtor

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Wages, Salaries, and Commissions

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Tanner Lange** <br> **7021 Blacktooth Ave** <br> **Gillette, WY 82718** | | | **Wages for period ending 10/31/2012** | | | | **545.95** | **545.95** | **$0.00** |
| ACCOUNT NO. <br> **Todd Rehling** <br> **PO Box 486** <br> **Upton, WY 82730** | | | **Wages and Earned Vacation for period ending 10/31/2012** | | | | **1,643.70** | **1,643.70** | **$0.00** |
| ACCOUNT NO. <br> **Tom Nehl** <br> **Box 592** <br> **1118 Redwood Ave** <br> **Upton, WY 82730** | | | **Wages and Earned Vacation for period ending 10/31/2012** | | | | **720.06** | **720.06** | **$0.00** |
| ACCOUNT NO. <br> **Ty Kennedy** <br> **PO Box 206** <br> **Upton, WY 82730** | | | **Wages and Earned Vacation for period ending 10/31/2012** | | | | **4,324.68** | **4,324.68** | **$0.00** |

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ➤ (Totals of this page) | $  **7,234.39** | $ **7,234.39** | $  **0.00** |
| Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

**B6E (Official Form 6E) (4/10) – Cont.**

In re    **Western Biomass Energy LLC**                    Case No.    **12-21085**
                                                                              (If known)
                         Debtor

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Weston County Treasurer**<br>**1 Main Street**<br>**Newcastle, WY 82701** | | | **Personal property tax** | | | | **6,743.32** | **6,743.32** | **$0.00** |
| ACCOUNT NO.<br><br>**Wyoming Department of Revenue**<br>**122 West 25th Street**<br>**Herscher Building**<br>**Cheyenne, WY 82002-0110** | | | **Sales/use tax** | | | | **23.17** | **23.17** | **$0.00** |

Sheet no. _4_ of _4_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▶<br>(Totals of this page) | $ **6,766.49** | $ **6,766.49** | $ **0.00** |
| Total ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **19,236.32** | | |
| Total ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **19,236.32** | $ **0.00** |

B6F (Official Form 6F) (12/07)

In re  **Western Biomass Energy LLC**                                    Case No.  **12-21085**
                                    **Debtor**                                                              **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **JDA**<br>**Abstract Logic Systems**<br>**2050 West Main Street, #7**<br>**Rapid City, SD 57702** | | | **Vendor - Business Services/Supplies** | | | | **5,353.00** |
| ACCOUNT NO.<br>**AIM Investments**<br>**PO Box 4729**<br>**Houston, TX 77210-4739** | | | **Vendor - Business Services/Supplies** | | | | **1,022.00** |
| ACCOUNT NO.    **JDA**<br>**Airgas Intermountain inc**<br>**PO Box 7430**<br>**Pasadena, CA 91109-7430** | | | **Vendor - Business Services/Supplies** | | | | **6,879.66** |
| ACCOUNT NO.<br>**Anderson Pump & Process**<br>**24107 Network Place**<br>**Chicago, IL 60673-1241** | | | **Vendor - Business Services/Supplies** | | | | **2,940.19** |
| ACCOUNT NO.    **JDA**<br>**Andritz Enviroment & Process**<br>**Dept 0312**<br>**PO Box 120312**<br>**Dallas, TX 75312-0312** | | | **Vendor - Business Services/Supplies** | | | | **76,508.13** |

<u>12</u>   Continuation sheets attached

Subtotal  ➤  $       **92,702.98**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Western Biomass Energy LLC** _____   Case No. **12-21085** _____
                                    Debtor                                           (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Arrow Service Inc** <br> **PO Box 530** <br> **Upton, WY 82730-0530** | | | Vendor - Business Services/Supplies | | | | 52.98 |
| ACCOUNT NO. <br><br> **B-4 Automotive** <br> **1101 2nd Street** <br> **PO Box 165** <br> **Upton, WY 82730** | | | Vendor - Business Services/Supplies | | | | 226.98 |
| ACCOUNT NO.  **JDA** <br><br> **Babbit International Inc** <br> **PO Box 70094** <br> **Houston, TX 77270-0094** | | | Vendor - Business Services/Supplies | | | | 3,849.24 |
| ACCOUNT NO.  **JDA** <br><br> **Batory Foods, Inc.** <br> **PO Box 75162** <br> **Chicago, IL 60675-5162** | | | Vendor - Business Services/Supplies | | | | 4,024.73 |
| ACCOUNT NO.  **JDA** <br><br> **Bio Springer North America** <br> **321 de la Commune, #300** <br> **Montreal QC Canada H2Y 2E1** | | | Vendor - Business Services/Supplies | | | | 9,961.08 |

____12____  Continuation sheets attached

Sheet no. _1_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $ **18,115.01**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Western Biomass Energy LLC**                                    Case No.  **12-21085**
                                                    Debtor                                        (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Black Hawk Crane & Rigging<br>PO Box 662<br>Gillette, WY 82717-0662** | | | Vendor - Business Services/Supplies | | | | **1,407.50** |
| ACCOUNT NO.<br><br>**Blue Cross Blue Shield of Wyoming<br>PO Box 2266<br>Cheyenne, WY 82003-2266** | | | Vendor - Business Services/Supplies | | | | **6,732.80** |
| ACCOUNT NO.<br><br>**Border States Electric-RPC<br>774 Industrial Ave<br>Rapid City, SD 57702-0328** | | | Vendor - Business Services/Supplies | | | | **239.90** |
| ACCOUNT NO.    **JDA**<br><br>**Brookfield Engineering Laboratories<br>11 Commerce Blvd<br>Middleboro, MA 02346-1031** | | | Vendor - Business Services/Supplies | | | | **223.69** |
| ACCOUNT NO.<br><br>**Casey Peterson & Associates<br>PO Box 8127<br>Rapid City, SD 57709-8127** | | | Vendor - Business Services/Supplies | | | | **6,274.14** |

_____12_____  Continuation sheets attached

Sheet no. _2_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        **14,878.03**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Western Biomass Energy LLC**                                Case No.   **12-21085**
                                    Debtor                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 499.92 |
| **Corision Fluid Products** **Dept 78278** **PO Box 78000** **Detroit, MI 48278-0278** | | | **Vendor - Business Services/Supplies** | | | | |
| ACCOUNT NO. | | | | | | | 1,251.75 |
| **Dakota Business Center** **PO Box 2353** **Rapid City, SD 57709-2353** | | | **Vendor - Business Services/Supplies** | | | | |
| ACCOUNT NO. | | | | | | | 2,416.03 |
| **Donaldson Co** **96869 Collection Center Drive** **Chicago, IL 60693** | | | **Vendor - Business Services/Supplies** | | | | |
| ACCOUNT NO. | | | | | | | 240.25 |
| **Gillette Steel Center** **PO Box 2196** **Gillette, WY 82717** | | | **Vendor - Business Services/Supplies** | | | | |
| ACCOUNT NO. | | | | | | | 43.41 |
| **Grainger** **Dept. 874055577** **PO Box 419267** **Kansas City, MO 54141-6267** | | | **Vendor - Business Services/Supplies** | | | | |

_____12_____  Continuation sheets attached

Sheet no. _3_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **4,451.36**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Western Biomass Energy LLC**                                                          Case No.  **12-21085**
                                          **Debtor**                                                                          **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **JDA**<br><br>**Heinrich Frings GmbH & Co. KG**<br>**Jonas-Cahn-Str. 9**<br>**53115 Bonn, Germany** | | | Vendor - Business Services/Supplies | | | | 8,287.04 |
| ACCOUNT NO.<br><br>**I-90 Cold Storage Co**<br>**4711 South  1-90 Service Road**<br>**Rapid City, SD 57703** | | | Vendor - Business Services/Supplies | | | | 140.40 |
| ACCOUNT NO.<br><br>**Joe's Food Center**<br>**PO Box 770**<br>**Upton, WY 82730-0770** | | | Vendor - Business Services/Supplies | | | | 1,904.62 |
| ACCOUNT NO.<br><br>**Kimball Midwest**<br>**Dept.  L-2780**<br>**Columbus, OH 43260-2780** | | | Vendor - Business Services/Supplies | | | | 12,531.36 |
| ACCOUNT NO.    **JDA**<br><br>**L&H Industrial, Inc.**<br>**913 L&J Court**<br>**Gillette, WY 82718** | | | Vendor - Business Services/Supplies | | | | 12,788.00 |

_12_  Continuation sheets attached

Sheet no.  _4_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **35,651.42**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Western Biomass Energy LLC** _____     Case No.   **12-21085** _____
                                    Debtor                                              (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **JDA**<br><br>**Martin Trans-Logics, Inc.**<br>**PO Box 59**<br>**3601 W Tickman Street**<br>**Sioux Falls, SD 57101** | | | **Vendor - Business Services/Supplies** | | | | **13,508.02** |
| ACCOUNT NO.   **JDA**<br><br>**Matheson Tri-Gas Inc.**<br>**PO Box 845502**<br>**Dallas, TX 75284-5502** | | | **Vendor - Business Services/Supplies** | | | | **2,891.54** |
| ACCOUNT NO.<br><br>**McMaster-Carr**<br>**PO Box 7690**<br>**Chicago, IL 60680-7690** | | | **Vendor - Business Services/Supplies** | | | | **376.35** |
| ACCOUNT NO.<br><br>**MG Oil Company**<br>**PO Box 1006**<br>**Rapid City, SD 57709-1006** | | | **Vendor - Business Services/Supplies** | | | | **1,281.62** |
| ACCOUNT NO.<br><br>**MGTC, Inc**<br>**PO Box 730467**<br>**Dallas, TX 75373-0467** | | | **Vendor - Business Services/Supplies** | | | | **10,589.15** |

_12_   Continuation sheets attached

Sheet no. _5_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **28,646.68**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Western Biomass Energy LLC**                              Case No. **12-21085**
                                    Debtor                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 8,904.70 |
| **Midland Scientific, Inc.** PO Box 310304 Des Moines, IA 50331-0304 | | | Vendor - Business Services/Supplies | | | | |
| ACCOUNT NO. | | | | | | X | 1,207,973.39 |
| **Midwest Mechanical Contractors, inc** 13800 Wyandotte Street Kansas City, MO 64145 | | | Vendor - Business Services/Supplies | | | | |
| ACCOUNT NO.   CI 11 0004143 | | | | | | X | 1,200,000.00 |
| **Midwest Renewable Energy LLC** c/o Jerrod L. Strasheim 3610 Dodge Street, #212 Omaha, NE 68131 | | | Vendor - Business Services/Supplies | | | | |
| ACCOUNT NO.   JDA | | | | | | | 145,779.53 |
| **Miller Fabrication, LLC** Department 254 PO Box 4652 Houston, TX 77210-4652 | | | Vendor - Business Services/Supplies | | | | |
| ACCOUNT NO. | | | | | | | 848.29 |
| **Mobile Mini Inc** PO Box 79149 Phoenix, AZ 85062-9149 | | | Vendor - Business Services/Supplies | | | | |

_12_  Continuation sheets attached

Sheet no. _6_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ | 2,563,505.91

Total ➤ $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Western Biomass Energy LLC** _____     Case No. **12-21085** _____

Debtor                                                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **220.00** |
| **Mobile Storage Rentals Inc.** 2830 Eglin Street Rapid City, SD 57703 | | | Vendor - Business Services/Supplies | | | | |
| ACCOUNT NO. | | | | | | | **4,221.48** |
| **Motion Industries** PO Box 98412 Chicago, IL 60693 | | | Vendor - Business Services/Supplies | | | | |
| ACCOUNT NO. | | | | | | | **211.54** |
| **Norco Inc** PO Box 15299 Boise, ID 83715 | | | Vendor - Business Services/Supplies | | | | |
| ACCOUNT NO.   **JDA** | | | | | | | **916.00** |
| **North Park Transportation Co** 5150 Columbine Street Denver, CO 80216 | | | Vendor - Business Services/Supplies | | | | |
| ACCOUNT NO. | | | | | | | **1,472.90** |
| **Northwest Instruments & Controls** 2601 Midpoint Drive, #120 Fort Collins, CO 80525 | | | Vendor - Business Services/Supplies | | | | |

_12_  Continuation sheets attached

Sheet no. _7_ of _12_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal   ➤  $                    **7,041.92**

Total   ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Western Biomass Energy LLC**_____   Case No. **12-21085**_____
                                      Debtor                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **NRM Company** <br> **4771 Sweetwater Blvd** <br> **Suger Land, TX 77479** | | | **Vendor - Business Services/Supplies** | | | X | 14,000.00 |
| ACCOUNT NO. <br><br> **Ole's Trash Service** <br> **PO Box 45** <br> **667 Green Mountain Road** <br> **Upton, WY 82730** | | | **Vendor - Business Services/Supplies** | | | | 900.00 |
| ACCOUNT NO. <br><br> **Pound Printing Inc.** <br> **372 Jackson Street** <br> **PO Box 502** <br> **Blair, NE 68008-0502** | | | **Vendor - Business Services/Supplies** | | | | 1,123.50 |
| ACCOUNT NO. <br><br> **Powder River Energy Corp** <br> **PO Box 930** <br> **Sundance, WY 82729** | | | **Vendor - Business Services/Supplies** | | | | 36,622.32 |
| ACCOUNT NO.   **JDA** <br><br> **Process Networks Plus, Inc** <br> **651 B US Highway 183, #33557** <br> **Leander, TX 78641** | | | **Vendor - Business Services/Supplies** | | | | 1,000.00 |

_12_  Continuation sheets attached

Sheet no. _8_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          53,645.82

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Western Biomass Energy LLC**                                    Case No.   **12-21085**
_____                              _____
                                            Debtor                                (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 1,265.00 |
| **ProMAAC Systems Inc** **3903 Garman Road** **Gillette, WY 82716** | | | **Vendor - Business Services/Supplies** | | | | |
| ACCOUNT NO. | | | | | | | 56.33 |
| **Robert's Machine & Repair** **19652 US Hwy 14** **Sundance, WY 82729** | | | **Vendor - Business Services/Supplies** | | | | |
| ACCOUNT NO. | | | | | | | 498.40 |
| **Slade Inc** **181 Crawford Road** **Statesville, NC 28625** | | | **Vendor - Business Services/Supplies** | | | | |
| ACCOUNT NO. | | | | | | | 407.92 |
| **Smith Engineering Inc** **125 Columbia Court** **Chaska, MN 55138-2348** | | | **Vendor - Business Services/Supplies** | | | | |
| ACCOUNT NO. | | | | | | | 21,786.81 |
| **Snow Crest Chemicals** **PO Box 50584** **Billings, MT 59105** | | | **Vendor - Business Services/Supplies** | | | | |

        12   Continuation sheets attached

Sheet no. _9_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                              Subtotal  ➤  $            24,014.46

                                                              Total  ➤  $

                                    **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable on the Statistical**
                                    **Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Western Biomass Energy LLC**                                    Case No.   **12-21085**
                                              Debtor                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME,<br>MAILING ADDRESS<br>INCLUDING ZIP CODE,<br>AND ACCOUNT NUMBER<br>(See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.<br>IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   JDA<br><br>**South Fork Apartments**<br>**4500 Running W Drive**<br>**Gillette, WY 82718** | | | Vendor - Business Services/Supplies | | | | 1,340.64 |
| ACCOUNT NO.<br><br>**Sulzer Chemtech USA Inc**<br>**PO Box 700480**<br>**Tulsa, OK 74170** | | | Vendor - Business Services/Supplies | | | | 37,520.00 |
| ACCOUNT NO.<br><br>**Tech-Flow**<br>**PO Box 219**<br>**Layton, UT 84041** | | | Vendor - Business Services/Supplies | | | | 2,796.15 |
| ACCOUNT NO.<br><br>**Tiger Transfer, LLC**<br>**PO box 255**<br>**Upton, WY 82730** | | | Vendor - Business Services/Supplies | | | | 2,625.00 |
| ACCOUNT NO.<br><br>**Town of Upton**<br>**PO Box 203**<br>**Upton, WY 82730** | | | Vendor - Business Services/Supplies | | | | 1,895.00 |

12   Continuation sheets attached

Sheet no. 10 of 12 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                                46,176.79

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Western Biomass Energy LLC**_____   Case No. **12-21085**_____
Debtor                                                                    **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **JDA** <br><br> **United Rentals** <br> **PO Box 840514** <br> **Dallas, TX 75284-0514** | | | **Vendor - Business Services/Supplies** | | | | **1,285.53** |
| ACCOUNT NO.   **JDA** <br><br> **University of Tennessee** <br> **Institute of Agriculture** <br> **103 Morgan Hall** <br> **Knoxville, TN 37996-4506** | | | **Vendor - Business Services/Supplies** | | | | **8,617.00** |
| ACCOUNT NO. <br><br> **UNUM Life Insurance** <br> **2211 Congress Street** <br> **Portland, MA 04122** | | | **Vendor - Business Services/Supplies** | | | | **45.00** |
| ACCOUNT NO. <br><br> **Upton Coop** <br> **PO Box 210** <br> **Upton, WY 82730** | | | **Vendor - Business Services/Supplies** | | | | **722.96** |
| ACCOUNT NO.   **JDA** <br><br> **Voith Meri Environmental Solutions** <br> **PO Box 1262** <br> **Appleton, WI 54912-1262** | | | **Vendor - Business Services/Supplies** | | | | **11,122.56** |

_12_  Continuation sheets attached

Sheet no. _11_ of _12_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $   **21,793.05**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Western Biomass Energy LLC**                          Case No. **12-21085**
_____
Debtor                                          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Water Tree, Inc.** <br> **2447 West Main Street** <br> **Rapid City, SD 57702-2421** | | | **Vendor - Business Services/Supplies** | | | | 58.36 |
| ACCOUNT NO. <br><br> **Western Dakota Insurors, Inc.** <br> **PO Box 1300** <br> **Rapid City, SD 57709** | | | **Vendor - Business Services/Supplies** | | | | 304.00 |
| ACCOUNT NO. <br><br> **Western Industrial Contractors** <br> **14805 East Moncrieff Place** <br> **Aurora, CO 80011** | | | **Vendor - Business Services/Supplies** | | | | 989,397.09 |
| ACCOUNT NO.  **JDA** <br><br> **Zook Enterprises LLC** <br> **PO Box 73968** <br> **Cleveland, OH 44193** | | | **Vendor - Business Services/Supplies** | | | | 2,997.20 |

__12__  Continuation sheets attached

Sheet no. __12__ of __12__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ **992,756.65**

Total ➢ $ **3,903,380.08**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6H (Official Form 6H) (12/07)**

In re: **Western Biomass Energy LLC**                    Case No.    **12-21085**
_____
**Debtor**                                                      **(If known)**

# AMENDED SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **James Jandrain**<br>**3610 Dodge Street, #212**<br>**Omaha, NE 68131**<br><br>**KL Energy Corp**<br>**525 University Loop, #111**<br>**Rapid City, SD 57701**<br><br>**Linda Klaasmeyer**<br>**3610 Dodge Street, #212**<br>**Omaha, NE 68131**<br><br>**Randall Kramer**<br>**4037 Valley West Drive**<br>**Rapid City, SD 57702**<br><br>**Theodore Hazer**<br>**14210 Hamilton Street**<br>**Omaha, NE 68154** | **Security National Bank of Omaha**<br>**PO Box 31400**<br>**Omaha, NE 68131-0400** |

| | | |
|---|---|---|
| Blue Cross Blue Shield of Wyoming<br>PO Box 2266<br>Cheyenne WY 82003-2266 | Vendor-Business Services/Supplies | $ 6,732.80 |
| Casey Peterson & Associates, LTD<br>PO Box 8127<br>Rapid City SD 57709-8127 | Vendor-Business Services/Supplies | $ 6,274.14 |
| Joe's Food Center<br>PO Box 770<br>Upton WY 82730-0770 | Vendor-Business Services/Supplies | $ 1,904.62 |
| MG Oil Company<br>PO Box 1006<br>Rapid City SD 57709-1006 | Vendor-Business Services/Supplies | $ 1,281.62 |
| MGTC, Inc<br>PO Box 730467<br>Dallas, TX 75373-0467 | Vendor-Business Services/Supplies | $ 10,589.15 |
| Mobile Mini, Inc.<br>PO Box 79149<br>Phoenix, AZ 85062-9149 | Vendor-Business Services/Supplies | $ 848.29 |
| Northwest Instruments & Controls<br>2601 Midpoint Drive<br>Suite 120<br>Fort Collins CO 80525 | Vendor-Business Services/Supplies | $ 1,472.90 |
| NRM Company<br>4771 Sweetwater Blvd.<br>Sugar Land, TX 77479 | Vendor-Business Services/Supplies | $ 14,000.00 |
| Ole's Trash Service<br>PO Box 45<br>667 Green Mountain Rd<br>Upton WY 82730 | Vendor-Business Services/Supplies | $ 900.00 |
| Powder River Energy Corporation<br>P.O. Box 930<br>Sundance, WY 82729-0930 | Vendor-Business Services/Supplies | $ 36,622.32 |
| Robert's Machine & Repair<br>19652 US Highway 14<br>Sundance WY 82729 | Vendor-Business Services/Supplies | $ 56.33 |
| Sulzer Chemtech USA, Inc.<br>PO box 700480<br>Tulsa OK 74170 | Vendor-Business Services/Supplies | $ 37,520.00 |
| Town of Upton<br>Box 203<br>Upton WY 82730 | Vendor-Business Services/Supplies | $ 1,895.50 |
| Upton Coop<br>Box 210<br>Upton WY 82730 | Vendor-Business Services/Supplies | $ 722.96 |

# EXHIBIT
# CREDITORS ADDED TO MATRIX

| | | | | | | |
|---|---|---|---|---|---|---|
| Gregory Blankenship<br>3413 Wisconsin Ave<br>Rapid City, South Dakota 57701 | Wages/Vacation | $  65.25 | | Randy Hurte<br>616 Pine Street<br>Newcastle, WY 82701 | Wages/Vacation | $   340.50 |
| Benjamin Estep<br>107 Cascade Ave<br>Newcastle, Wyoming 82701 | Wages/Vacation | $ 532.60 | | Ty Kennedy<br>PO Box 206<br>Upton, WY 82730 | Wages/Vacation | $ 4,324.68 |
| Christopher Fagg<br>1710 Gray Blvd<br>Newcastle, Wyoming 82701 | Wages/Vacation | $ 321.45 | | Justin Krueger<br>PO Box 812<br>Upton, WY 82730 | Wages/Vacation | $   436.70 |
| Cody Gallaher<br>2311 2nd Ave SW<br>Rochester, Minnesota 55902 | Wages/Vacation | $ 134.13 | | Tanner Lange<br>7021 Blacktooth Ave<br>Gillette, WY 82718 | Wages/Vacation | $   545.95 |
| Jeffrey Hargrave<br>PO Box 377<br>Upton, Wyoming 82730 | Wages/Vacation | $ 432.60 | | Steven McNutt<br>PO Box 311<br>Upton, Wy 82730 | Wages/Vacation | $ 1,362.36 |
| Richard McGinnis<br>308 W Cambria St<br>Newcastle, Wyoming 82701 | Wages/Vacation | $ 260.30 | | Todd Rehling<br>PO Box 486<br>Upton, Wyoming 82730 | Wages/Vacation | $ 1,643.70 |
| Thomas Nehl<br>Box 592 1118 Redwood Ave<br>Upton, Wyoming 82730 | Wages/Vacation | $ 720.06 | | Chase Smith<br>101 1/2 Garner Lake Rd<br>Gillette, Wyoming 82717 | Wages/Vacation | $   549.55 |
| Stephanie Rikke<br>PO Box 35<br>Upton, Wyoming 82730 | Wages/Vacation | $ 139.80 | | | | |
| Perry West<br>PO Box 693<br>Upton, Wyoming 82730 | Wages/Vacation | $ 660.20 | | | | |

# Western Biomass Energy LLC
# Bankruptcy Case 12-21085

## Exhibit
## Creditors Removed from Matrix

add blue Consultoria Ltda
Rua Joaquim Nabuca, 47, cjt, 81
San Paulo-SP CEPI4621-000
Brazil

Delta Dental of South Dakota
PO Box 1157
Pierre, SD 57501-1157

Dots Rental and Sales
814 N Robinson Road
Texarkana, TX 75501

Fisher Scientific
Attn: 011084
13551 Collection Center Drive
Chicago, IL 60693

Flottweg Separation Tech Inc
PO Box 635920
Cinncinnati, OH 45263-5920

Novozymes North America Inc
PO Box 7247-7554
Philadelphia, PA 19170-7554

Ryan Zebroski
2019 9th Street
Rapid City, SD 57701

Solutions Dynamics
PO Box 866
Bookfield, WI 53308

Vincent Corporation
2810 East 5th Ave
Tampa, FL 33605

Wells Fargo Business Checks by
Harland Clark Checks
PO Box 27207
Salt lake City, UT 84127-0207

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court

## District of Wyoming

In re **Western Biomass Energy LLC**_____,    Case No. **12-21085**_____
　　　　　　　　　　　　　　　　Debtor

Chapter    **11**_____

# AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $        383.824.72 | | |
| B - Personal Property | YES | 3 | $      1.942.778.33 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $      31.845.313.19 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 5 | | $           19,236.32 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 13 | | $        3.903.380.08 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 26 | $      2,326,603.05 | $      35,767,929.59 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Wyoming

In re **Western Biomass Energy LLC**                    ,    Case No.  **12-21085**

Debtor                         Chapter  **11**

## AMENDED - STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ **6,766.49** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ **0.00** |
| Student Loan Obligations (from Schedule F) | $ **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ **0.00** |
| TOTAL | $ **6,766.49** |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ **0.00** |
| Average Expenses (from Schedule J, Line 18) | $ **0.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ **0.00** |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ **29,902,534.86** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ **19,236.32** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ **0.00** |
| 4. Total from Schedule F | | $ **3,903,380.08** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ **33,805,914.94** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Western Biomass Energy LLC**                                    Case No.  **12-21085**
                                    **Debtor**                                                      (If known)

# AMENDED - DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Thomas Bolan**, the **Manager** of the **Corporation** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of    **27**                          sheets *(Total shown on summary page plus 1),*
and that they are true and correct to the best of my knowledge, information, and belief.

Date    **1/11/2013**                          Signature:    **s/ Thomas Bolan**

                                                      **Thomas Bolan Manager**
                                                      [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (4/10)

## UNITED STATES BANKRUPTCY COURT
### District of Wyoming

In re: **Western Biomass Energy LLC** _____,

Debtor

Case No. **12-21085** _____

(If known)

# AMENDED - STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 40,451.44 | 2010 Income | 2010 |
| 10,614.00 | 2011 Income | 2011 |

## 2.  Income other than from employment or operation of business

None ☑    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑    a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None   b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attachment C** | | | |

---

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None   c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Blue Sugars Corporation 525 University Loop, #111 Rapid City, SD 57701**     **affiliate** | **2/21/12, 10/12/12, 10/26/12, 10/30/12** | **120,000.00** | **30,495,867.43** |

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **Midwest Renewable Energy, LLC Collections v Western Biomass Energy, et.al**    **11-0004143** | | **District Court Douglas County, Nebraska** | **pending** |

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

# ATTACHMENT C - SOFA #3B

**Western Biomass Energy, LLC**

## Payments in the Last 90 Days
### August 2012 through October 2012

| Name & Address of Creditor | Dates of Payments / Transfers | Amount Paid or Value of Transfers | Amount Still Owing at 10/31/12 |
|---|---|---|---|
| Airgas Intermountain Inc<br>PO Box 7430<br>Pasedena CA  91109-7430 | Past 90 days | 7,434.00 | 6,879.66 |
| Blue Cross Blue Shield of Wyoming<br>PO Box 2266<br>Cheyenne WY  82003-226 | Past 90 days | 6,725.30 | 6,732.80 |
| Excalibur<br>PO Box 1230<br>Texarkana, TX 75504 | Past 90 days | 6,200.00 | - |
| Flottweg Separation Tech, Inc<br>PO Box 635920<br>Cincinnati, OH 45263-5920 | Past 90 days | 7,500.00 | - |
| IPFS   Corporation<br>1001 Winstead Drive, Suite 500<br>Cary, NC 27513 | Past 90 days | 11,484.57 | - |
| Joe's Food Center<br>PO Box 770<br>Upton WY  82730-0770 | Past 90 days | 6,397.40 | 1,904.62 |
| Kimball Midwest<br>Dept. L-2780<br>Columbus, OH  43260-2780 | Past 90 days | 6,616.31 | 10,602.90 |
| MGTC INC.<br>PO Box 730467<br>Dallas TX  75373-0467 | Past 90 days | 35,309.53 | 10,589.15 |
| Miller Fabrication LLC<br>Department 254<br>PO Box 4652<br>Houston, TX 77210-4652 | Past 90 days | 90,423.20 | 145,779.53 |
| Novozymes North America, Inc.<br>PO Box 7247-7554<br>Philadelphia PA  19170-7554 | Past 90 days | 23,890.00 | - |

4771 Sweetwater Blvd.
Sugar Land, TX 77479

| | | | |
|---|---|---|---|
| Powder River Energy Corporation<br>P.O. Box 930<br>Sundance, WY 82729-0930 | Past 90 days | 28,298.28 | 36,622.32 |
| Robert's Machine & Repair<br>19652 US Highway 14<br>Sundance WY 82729 | Past 90 days | 6,410.88 | 56.33 |
| Security National Bank of Omaha<br>Attn. Keith McCormick<br>PO Box 31400<br>Omaha, NE 68131-0400 | Past 90 days | 51,843.01 | 1,032,856.57 |
| Tech-Flow<br>PO Box 219<br>Layton UT 84041 | Past 90 days | 5,889.62 | 2,796.15 |
| Tiger Transfer, LLC<br>PO Box 255<br>UPton, WY 82730 | Past 90 days | 7,500.00 | 2,625.00 |
| Upton Co-Op Association<br>PO Box 210<br>Upton, WY 82730 | Past 90 days | 9,390.75 | 722.96 |
| Vincent Corporation<br>2810 E. 5th Ave.<br>Tampa, FL 33605 | Past 90 days | 6,520.00 | - |
| Western Industrial Contractors<br>14805 East Moncrieff Place<br>Aurora, CO 80011 | Past 90 days | 60,000.00 | 989,397.09 |
| Willis of Minnesota, Inc.<br>62452 Collections Center Drive<br>Chicago, IL 60693-0624 | Past 90 days | 22,726.01 | - |

3

### 5.  Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
☑    foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married
debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the
☑    commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year**
☑    immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except
☑    ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable
contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include
gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement
☐    of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must
include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **2008 Loadmax 40GN Flatbed Trailer** | **Trailer fire while in transit on highway; cause undetermined.** | **11/09/2011** |
| **$8,470.00 (trailer was repurchased at salvage price of $800 for use on plant property)** | **yes covered by insurance minus $500.00 deductible** | |

4

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Winship & Winship PC<br>PO Box 548<br>Casper, WY 82602** | **10/31/2012** | **Pre-petition Attorney Fees $2530.00** |
| **Winship & Winship PC<br>PO Box 548<br>Casper, WY 82602** | **10/15/2012** | **Attorney Fee $22,470.00<br>Filing Fee $1,046.00** |

## 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Aaron Equipment Co.<br>PO Box 80<br>Bensenville, IL 60106<br>  none** | **09/27/2012** | **Extruder**<br><br>**$130,000.00** |
| **Chris Fagg<br>1710 Gray Blvd<br>Newcastle, WY 82701<br>  employee** | **10/31/2012** | **1994 Ford Pick up<br>$2800.00** |
| **Hydroblasters, Inc.<br>2510 40th Street N.,<br>Wisconsin Rapids, WI 54494<br>  none** | **10/19/2012** | **Hydroblaster<br>$50,000.00** |
| **Midwest Equipment<br>976 West 12th Street<br>St. Charles, MN 55972<br>  none** | **01/26/2012** | **Forklift<br>$10,000.00** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13. Setoffs

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| **Blue Sugars Corporation**<br>**525 University Loop, #111**<br>**Rapid City, SD 57701** | **10/31/2012** | **500.00** |
| **Blue Sugars Corporation**<br>**525 University Loop, #111**<br>**Rapid City, SD 57701** | **10/23/2012** | **500.00** |
| **Blue Sugars Corporation**<br>**525 University Loop, #111**<br>**Rapid City, SD 57701** | **09/30/2012** | **9,800.00** |

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None
☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16.  Spouses and Former Spouses

None

☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None

☑

a.      List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

☑

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

☑

c.      List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☑

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
☑

b.       Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

## 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Patty Sharp** | **2/14/2012 to current** |
| **Paul Grubic** | **11/16/2008-9/9/2011** |
| **Sondra Bray** | **8/24/2011-2/24/2012** |

None
☐

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **EKS&H** | | **CY 2010-2011 audits** |
| **7979 E Tufts Ave, #400** | | |
| **Denver, CO 80237** | | |

None
☑

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|
| **Security National Bank of Omaha** | **09/01/2012** |
| **PO Box 31400** | |
| **Omaha, Ne 68131-0400** | |

8

## 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **08/31/2012** | **Karl Charron** | **157,033.17** |

None ☐    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **08/31/2012** | **Thomas Bolan**<br>**Blue Sugars Corp**<br>**525 University Loop, #111**<br>**Rapid City, SD 57701** |

## 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Blue Sugars**<br>**525 University Loop, #111**<br>**Rapid City, SD 57701** | **Investor** | **64.0%** |

## 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

9

### 24. Tax Consolidation Group.

None ☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None ☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME  OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   1/11/2013                    Signature   **s/ Thomas Bolan**

**Thomas Bolan, Manager**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*