Stephen R. Winship
(Wyoming State Bar No. 5-2093)
WINSHIP & WINSHIP, P.C.
PO Box 548
Casper, WY 82602
(307) 234-8991

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| re: | ) | |
| | ) | |
| WESTERN BIOMASS ENERGY, LLC. | ) | Case No. 12-21085 |
| | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | |

## MOTION FOR APPROVAL OF SALE OF PERSONAL PROPERTY

**COMES NOW** the above named Debtor-in-Possession ("WBE"), by and through its counsel, and pursuant to 11 U.S.C. §§ 363(f) and 1107, and F.R.B.P. 6004(c), hereby seeks authorization to sell, free and clear of liens and interests by private sale to CHS Inc. ("Purchaser") certain personal property more particularly described as: 6,000 gallons of 2013 D3 RINs attached, 1 D3 RIN per gallon of ethanol ("Ethanol") for the combined purchase price of $15,900.00 (the "Purchase Price") under the terms set forth in the Memorandum of Agreement ("Agreement") attached hereto at Exhibit A, and in support hereof shows the Court as follows:

1. The Purchase Price represents the fair market value of the Ethanol.

2. The Ethanol is not necessary for the ongoing reorganization and/or liquidation of WBE's assets.

3. The Purchase Price shall be used as working capital to pay Debtor's ongoing operational expenses.

4. Neither WBE nor its principals are owners, officers or employees of Purchaser.

5. It is in all parties' best interest that the Ethanol be sold in the manner proposed herein.

**WHEREFORE** WBE requests that the Court enter an order allowing the sale of the above described personal property.

**DATED** this 23rd day of January, 2013.

                               WESTERN BIOMASS ENERGY, LLC.

                        By: __/s/_____
                             Stephen R. Winship
                             (Wyoming State Bar No. 5-2093)
                             WINSHIP & WINSHIP, P.C.
                             PO Box 548
                             Casper, WY 82602

## CERTIFICATE OF SERVICE

I, Stephen R. Winship, hereby certify that a true and correct copy of the foregoing **Motion for Sale of Debtor's Personal Property** was served upon the **Office of the United States Trustee**, and **Gregory C. Dyekman, Attorney for Security National Bank of Omaha**, and **All Creditors** listed on the **CMECF Mailing Matrix,** *electronically* and upon **First National Bank of Omaha**, **1620 Dodge Street, Stop 1050, Omaha, NE 68197**, by US mail, this 23rd day of January, 2013.

                              ___/s/_____
                              Stephen R. Winship