IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

FILED
3:38 pm, 8/1/13
Tim J. Ellis
Clerk of Court

In re                                             )
                                                  )
WESTERN BIOMASS ENERGY LLC    )    Case No.  12-21085
                                                  )    CHAPTER 11
            Debtor                            )

## ORDER CONVERTING CASE UNDER CHAPTER 11
## TO CASE UNDER CHAPTER 7

This matter is before the Court on the United States Trustee's Motion to Convert in accordance with 11 U.S.C. § 1112(b) seeking to convert the case to a case under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code). The court finds, after notice and a hearing, that cause exists to grant the motion as debtor has failed to pay the United States fees; failed to file monthly operating reports and admits that a conversion is proper with the objection that it wishes the court to rule on other pending matters first. The court finds that it is in the best interest of the estate and creditors to grant this motion.

**IT IS ORDERED THAT:**

1.  This Chapter 11 case is converted to a case under Chapter 7.

2.  The debtor in possession shall:

    a.  immediately turn over to the Chapter 7 trustee all records and property of the estate under its custody and control as required by Bankruptcy Rule 1019(4); and

    b.  immediately furnish to the chapter 7 trustee a copy of the petition, schedules and statement of affairs, stay relief pleadings, and all other documents in debtor's possession necessary to efficient case administration; and

    c.  within 30 days of the date of this Order, file an accounting of all receipts and distributions made, together with a schedule of all unpaid debts incurred after the commencement of the Chapter 11 case, as required by Bankruptcy Rule 1019(5).

3.  The debtor, within 15 days of the date of this order, shall file the statements and schedules required by Bankruptcy Rules 1019(1)(A) & 1007(b), if such documents have not already been filed.

4.  The debtor shall, within 30 days of the date of this ORDER, file a statement of intention with respect to retention or surrender of property securing consumer debts, as required by 11 U. S. C § 521(2)(A) and Bankruptcy Rule 1019(1)(B), and conforming to Official Form 8A, if such statement is required.

DATED this ___1___ day of August, 2013.

BY THE COURT

_____
United States Bankruptcy Judge

Service to:
    All on matrix