IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

FILED
8:27 am, 8/2/13
Tim J. Ellis
Clerk of Court

In re: )
    Western Biomass Energy. LLC ) Case Number 12-21085
) Chapter 7
)
Debtors. )

## APPOINTMENT OF TRUSTEE IN CONVERTED CASE

    The United States Trustee hereby appoints Randy L. Royal, P.O. Box 551, Greybull, Wyoming as trustee in the captioned case, which has converted from chapter 11 to chapter 7 per the "Order Converting Case Under Chapter 11 to Case Under Chapter 7" dated August 1, 2013.

    **PLEASE TAKE NOTICE** that the §341 meeting will be held at 1:30 p.m on September 3, 2013, at New Building-Burkitt Street, 2nd Floor Public Meeting Room 220, Sheridan Courthouse, Sheridan, Wyoming 82801.

    The blanket bond previously filed on behalf of the trustee is approved.

    Dated this 2nd day of July, 2013.

                              Richard Wieland
                              United States Trustee
                              Region 19

                     /s/
By: _____
                    Daniel J. Morse
                    Assistant United States Trustee